## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ASHINC CORPORATION**, *et al.*[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 12-11564 (CSS)**<br><br>**(Jointly Administered)** |
| **BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., AS CO-ADMINISTRATIVE AGENT, AND SPECTRUM COMMERCIAL FINANCE LLC, AS CO-ADMINISTRATIVE AGENT**<br><br>Plaintiffs,<br><br>v.<br><br>**YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, AND JOSEPH TOMCZAK,** | **Adv. Proc. No. 14-50971 (CSS)**<br><br><br>**Adv. Docket Ref. No. _____** |

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

Defendants.

## ORDER APPROVING STIPULATION EXTENDING TIME TO
## FILE RESPONSIVE PLEADINGS

Upon consideration of the *Stipulation to Extend Time for Filing Responsive Pleadings* (the "Stipulation"),[2] attached hereto as Exhibit 1; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Stipulation is APPROVED; and it is further

ORDERED, that the date by which the Defendants must filed pleadings responsive to the Complaint shall be extended through and including February 19, 2015; and it is further

ORDERED, that the Court shall retain jurisdiction over any matter or dispute arising from or related to the implementation of this Order.

Dated: _____
      Wilmington, Delaware

                                              _____
                                              Christopher S. Sontchi
                                              United States Bankruptcy Judge

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

# EXHIBIT I

## Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ASHINC CORPORATION**, *et al.*[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 12-11564 (CSS)**<br><br>**(Jointly Administered)** |
| **BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., AS CO-ADMINISTRATIVE AGENT, AND SPECTRUM COMMERCIAL FINANCE LLC, AS CO-ADMINISTRATIVE AGENT**<br><br>Plaintiffs,<br><br>v.<br><br>**YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, AND JOSEPH TOMCZAK,**<br><br>Defendants. | **Adv. Proc. No. 14-50971 (CSS)** |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

01:16452384.2

## STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

Yucaipa American Alliance Fund I, L.P.; Yucaipa American Alliance (Parallel) Fund I, L.P.; Yucaipa American Alliance Fund II, L.P.; and Yucaipa American Alliance (Parallel) Fund II, L.P. (collectively, "Yucaipa"), and Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak (collectively, the "Individual Defendants," and together with Yucaipa, the "Defendants"), and BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 LTD., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, and Spectrum Commercial Finance LLC, as Co-Administrative Agent (collectively, the "Plaintiffs"), hereby stipulate and agree to an extension of time for filing responsive pleadings and state as follows:

**WHEREAS**, on November 19, 2014, the Plaintiffs filed the *Complaint for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of the Implied Duty of Good Faith and Fair Dealing, and (IV) Tortious Interference with Contract* (the "Complaint") [Adv. D.I. 1];

**WHEREAS**, the Plaintiffs and Defendants have agreed to an extension of time through and including February 19, 2015, for the Defendants to file pleadings responsive to the Complaint.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1.     The Defendants agree that service of the Complaint upon each Defendant has been effected pursuant to Fed. R. Bankr. P. 7004;

2.     The date by which the Defendants must file pleadings responsive to the Complaint shall be extended through and including February 19, 2015;

3.     This Stipulation shall not prejudice to the Parties' ability to seek additional extensions, if necessary.

01:16452384.2

Dated: December 30, 2014
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

- and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Maurice M. Suh
Kahn A. Scolnick
Peter Bach-y-Rita
Theodore O'Reilly
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

*Attorneys for Defendants*

Dated: December 30, 2014
      Wilmington, Delaware

LANDIS RATH & COBB LLP

*/s/ Kerri K. Mumford*
Adam G. Landis (Bo. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400

- and-

SCHULTE ROTH & ZABEL LLP
Adam C. Harris
Robert J. Ward
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000

*Attorneys for Plaintiffs*

01:16452384.2