# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC CORPORATION, *et al.*[1] | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C. AS CO-ADMINISTRATIVE AGENT, AND SPECTRUM COMMERCIAL FINANCE LLC, AS CO-ADMINISTRATIVE AGENT,, | Adv.    Proc. No. 14-50971 (CSS) |
| Plaintiffs, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, AND JOSEPH TOMCZAK, | |
| Defendants. | |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

       Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Yucaipa American Alliance Fund, I, LP, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund, II, LP, Yucaipa American Alliance (Parallel) Fund II, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak in the above-referenced case, and that on April 7, 2015, he caused a copy of the following document(s) to be served in the manner indicated upon the parties identified on the attached Exhibit A service list:

**Opposition to Black Diamond and Spectrum's Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination [D.I. 56]**

_____
Chad Corazza

SWORN TO AND SUBSCRIBED before me this ___ day of April, 2015

_____
Notary Public

EILEEN CLARE THOMPSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 9, 2017

# EXHIBIT A



**SERVICE LIST**
**Allied Systems Holdings, Inc.**
**4/7/2015**

David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035
david.l.buchbinder@usdoj.gov
(U.S. Trustee)
***Email & Hand Delivery***

Michael G. Burke, Esq.
Nicholas K. Lagemann, Esq.
Dennis Kao, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
mgburke@sidley.com
nlagemann@sidley.com
dkao@sidley.com
(Official Committee of Unsecured Creditors)
***Email & First Class Mail***

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Deaborn Street
Chicago, IL 60603
mclemente@sidley.com
(Official Committee of Unsecured Creditors)
***Email & First Class Mail***

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Andrew C. Terranova, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Collins@rlf.com
samis@rlf.com
Terranova@rlf.com
(Debtors)
***Email & Hand Delivery***

Adam C. Harris, Esq.
Robert J. Ward, Esq.
David M. Hillman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Adam.harris@srz.com
Robert.ward@srz.com
David.hillman@srz.com
(Petitioning Creditors - Spectrum & Black Diamond)
***Email & First Class Mail***

Jeffrey W. Kelley, Esq.
Ezra H. Cohen, Esq.
Carolyn P. Richter, Esq.
Matthew R. Brooks, Esq.
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, GA 30308-2216
Jeffrey.kelley@troutmansanders.com
Ezra.cohen@troutmansanders.com
Carolyn.richter@troutmansanders.com
Matthew.brooks@troutmansanders.com
(Debtors)
***Email & First Class Mail***

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mumford@lrclaw.com
(Petitioning Creditors - Spectrum & Black Diamond)
*Email & Hand Delivery*

William D. Sullivan, Esq.
William A. Hazeltine, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
bsullivan@sha-llc.om
whazeltine@sha-llc.com
(Official Committee of Unsecured Creditors)
*Email & Hand Delivery*