# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2006-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                  Plaintiffs,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                  Defendants. | Adv. Pro. No. 14-50971 (CSS) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiffs BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., as co-administrative agent, and Spectrum Commercial Finance, L.L.C., as co-administrative agent (the "Plaintiffs"),

and defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and individuals Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak (the "Defendants"), hereby stipulate to the dismissal of this adversary proceeding solely with respect to defendants Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P. (together, "Yucaipa II").  The dismissal of Yucaipa II shall be without prejudice.

Dated: April 20, 2015
       Wilmington, Delaware

| LANDIS RATH & COBB LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Kerri K. Mumford* | /s/ *Michael R. Nestor* |
| _____ | _____ |
| Adam G. Landis | Michael R. Nestor |
| Kerri K. Mumford | Rodney Square |
| 919 Market Street, Suite 1800 | 1000 North King Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 467-4400 | Telephone: (302) 571-6600 |
| -and- | -and- |
| SCHULTE ROTH & ZABEL LLP | GIBSON, DUNN & CRUTCHER LLP |
| Adam C. Harris | Robert A. Klyman |
| Robert J. Ward | Maurice M. Suh |
| 919 Third Avenue | Kahn Scolnick |
| New York, New York 10022 | 333 South Grand Avenue |
| Telephone: (212) 756-2000 | Los Angeles, CA  90071 |
| | Telephone: (213) 229-7000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |