IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2006-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMON COMMERCIAL FINANCE, L.L.C., AS CO-ADMINISTRATIVE AGENT, AND SPECTRUM COMMERCIAL FINANCE LLC, AS CO-ADMINISTRATIVE AGENT,<br><br>                Plaintiffs,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                Defendants. | Adv. Pro. No. 14-50971 (CSS)<br><br><br><br><br><br><br><br><br>**Ref. Docket Nos. 9, 29, 39** |

## **AGREED ORDER**

UPON CONSIDERATION of Defendants' Motion Pursuant to Local Rule 5011-1 To Determine Core/Non-Core Status (the "Motion") and the certification of counsel concerning the Motion, it is this 18th day of May, 2015, **hereby ORDERED** that:

    1.    The Motion is GRANTED as set forth herein.

01:17096481.1

2

2. The Second, Third and Fourth Claims for Relief asserted by the Plaintiffs in the Complaint (the "Complaint"), filed as Document Number 1 in adversary proceeding number 14-50971, constitute non-core claims.

3. The First Claim for Relief asserted by Plaintiffs in the Complaint, which is for equitable subordination pursuant to 11 U.S.C. § 510(c), constitutes a core claim.

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE