IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ASHINC Corporation, et al. | : | Case No. 12-11564 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

| | | |
|---|---|---|
| BDCM OPPORTUNITY FUND II, LP | : | |
| BLACK DIAMOND CLO 2005-1 LTD., | : | |
| SPECTRUM INVESTMENT | : | |
| PARTNERS, L.P., BLACK DIAMOND | : | |
| COMMERCIAL FINANCE, L.L.C., | : | |
| AS CO ADMINISTRATIVE AGENT, | : | |
| AND SPECTRUM COMMERCIAL | : | |
| FINANCE LLC, AS CO - | : | |
| ADMINISTRATIVE AGENT | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No.: 14-50971 (CSS) |
| | : | |
| v. | : | |
| | : | |
| YUCAIPA AMERICAN ALLIANCE | : | Related Docket No.: 41 |
| FUND I, L.P., YUCAIPA AMERICAN | : | |
| ALLIANCE (PARALLEL) FUND I, L.P., | : | |
| YUCAIPA AMERICAN ALLIANCE | : | |
| FUND, II, L.P., YUCAIPA AMERICAN | : | |
| ALLIANCE (PARALLEL) FUND II, | : | |
| L.P., RONALD BURKLE, | : | |
| JOS OPDEWEEGH, JAMES FRANK, | : | |
| DEREX WALKER, JEFF PELLETIER, | : | |
| IRA TOCHNER, AND | : | |
| JOSEPH TOMCZAK. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

For the reasons set forth in the Court's opinion dated August 21, 2015, Black Diamond's and Spectrum's Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination [D.I. 41] filed on March 18, 2015 is GRANTED.


Christopher S. Sontchi
United States Bankruptcy Judge

Dated:  August 21, 2015