# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., AS CO-ADMINISTRATIVE AGENT, AND SPECTRUM COMMERCIAL FINANCE LLC, AS CO-ADMINISTRATIVE AGENT,<br><br>Appellees-Plaintiffs,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>Appellants-Defendants. | Adv. Proc. No. 14-50971 (CSS)<br><br>**D.I. 82, 82-1** |

### APPELLANTS-DEFENDANTS YUCAIPA AMERICAN ALLIANCE FUND I, L.P. AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.'S
### <u>NOTICE OF APPEAL</u>

Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. ("Yucaipa") appeal under 28 U.S.C. § 158(a)(3) from the Order and Opinion (D.I. 82, 82-1) of the United States Bankruptcy Court for the District of Delaware

01:17649225.1

dismissing Yucaipa's Counterclaim (D.I. 19) with prejudice, and entered on August 21, 2015. Yucaipa has filed concurrently herewith its Motion for Leave to Appeal, Memorandum of Law in support thereof, Declaration of Kahn A. Scolnick, and Motion for Leave to Exceed Page Limitations.

The names of all parties to the Order and Opinion and their attorneys' names, addresses, and telephone numbers are as follows:

Appellees-Plaintiffs BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., Spectrum Investment Partners, L.P. and Spectrum Commercial Finance, LLC (collectively, "BD/S").

Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.

Attorneys for Appellees-Plaintiffs BD/S:

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400

-and-

SCHULTE ROTH & ZABEL LLP
Adam C. Harris
Robert J. Ward
David M. Hillman
919 Third Avenue
New York, New York  10022
Telephone:   (212) 756-2000

Attorneys for Appellant-Defendant Yucaipa:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600
mnestor@ycst.com

- and-

GIBSON, DUNN & CRUTCHER LLP
Maurice M. Suh (*Pro Hac Vice*)
Robert A. Klyman (*Pro Hac Vice*)
Kahn Scolnick (*Pro Hac Vice*)
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
msuh@gibsondunn.com

Dated: September 4, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edmon L. Morton*

Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mnestor@ycst.com

- and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman (*Pro Hac Vice*)
Maurice M. Suh (*Pro Hac Vice*)
Kahn Scolnick (*Pro Hac Vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
RKlyman@gibsondunn.com

*Attorneys for Appellants-Defendants*
*Yucaipa American Alliance Fund I, L.P., and*
*Yucaipa American Alliance (Parallel) Fund I, L.P.*