UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, <br><br>Appellants-Defendants, <br><br>v. <br><br>BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, and Spectrum Commercial Finance, LLC, as Co-Administrative Agent, <br><br>Appellees-Plaintiffs. | Chapter 11 <br><br>Case No. 12-11564 (CSS) <br><br>(Jointly Administered) <br><br>Adv. Proc. No. 14-50971 <br><br>C.A. No. _____ <br><br>ECF Case |

**[PROPOSED] ORDER GRANTING APPELLANTS-DEFENDANTS YUCAIPA AMERICAN ALLIANCE FUND I, L.P. AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.'S MOTION FOR LEAVE TO APPEAL**

UPON CONSIDERATION of Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s (collectively, "Yucaipa") Motion for Leave to Appeal under 28 U.S.C. § 158(a)(3) from the Order and Opinion (D.I. 82, 82-1) of the United States Bankruptcy Court for the District of Delaware dismissing Yucaipa's counterclaim (D.I. 19) with prejudice entered on August 21, 2015 (the "Motion"), it is **hereby ORDERED** that:

1. The Motion is GRANTED.

2. Unless the Court authorizes an extended briefing schedule, the parties shall file their briefs in accordance with Federal Rule of Bankruptcy Procedure 8018(a).

DATE: _____, 2015

_____
UNITED STATES DISTRICT JUDGE