**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I,<br><br>Appellants-Defendants,<br><br>v.<br><br>BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, and Spectrum Commercial Finance, LLC, as Co-Administrative Agent,<br><br>Appellees-Plaintiffs. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 14-50971<br><br>C.A. No. ___________________<br><br>ECF Case |

-------------------------------------------------------x

**DECLARATION OF KAHN SCOLNICK IN SUPPORT OF APPELLANTS-DEFENDANTS YUCAIPA AMERICAN ALLIANCE FUND I, L.P. AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.'S <u>MOTION FOR LEAVE TO APPEAL</u>**

**DECLARATION OF KAHN SCOLNICK**

I, Kahn Scolnick, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court *pro hac vice*, and I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Plaintiffs Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa"). I submit this declaration in support of Yucaipa's Motion for Leave to Appeal the Order and Opinion (D.I. 82, 82-1) of the United States Bankruptcy Court for the District of Delaware dismissing Yucaipa's counterclaim (D.I. 19) with prejudice, entered on August 21, 2015 (the "Motion"). I have personal knowledge of the facts set forth in this declaration, except for those stated upon information and belief, and if called to testify, I could and would competently testify to them.

2. On September 2, 2015, I received, on Yucaipa's behalf, an email communication and attached correspondence from Michael Kwon and Robert Ward of the Schulte Roth & Zabel law firm, counsel of record for Appellees-Plaintiffs BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., Spectrum Investment Partners, L.P., and Spectrum Commercial Finance, LLC (collectively, "BD/S") . A true and correct copy of the September 2, 2015 email communication and attached correspondence are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on this 4th day of September 2015, at Los Angeles, California.

Kahn Scolnick (*Pro Hac Vice*)