# EXHIBIT 1

## Scolnick, Kahn A.

| | |
|---|---|
| **From:** | Kwon, Michael <Michael.Kwon@srz.com> |
| **Sent:** | Wednesday, September 02, 2015 8:17 AM |
| **To:** | Scolnick, Kahn A. |
| **Cc:** | Massaro, John; Suh, Maurice; Neiburg, Michael (MNeiburg@ycst.com); Moxley, Cameron; Ward, Robert; Richardson, Mark; Olander, Frank; Moxley, Cameron; Lagemann, Nicholas; Hoffman, Ian S. |
| **Subject:** | Allied Discovery |
| **Attachments:** | Letter to Yucaipa re BD-S RFP Responses 9.2.2015.pdf |

Kahn,

Please see the attached letter from Bob Ward. We would like to schedule another meet and confer call regarding discovery in the adversary proceedings for late next week. Please let us know your availability. Thanks.


Michael Kwon
Associate
212.756.2045
michael.kwon@srz.com

Schulte Roth & Zabel LLP
919 Third Avenue | New York, NY 10022
212.756.2000 | 212.593.5955 fax


-------------------------------------------------------------------------------------------------------------------- NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

**Schulte Roth&Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2166

Writer's E-mail Address
Robert.Ward@srz.com

September 2, 2015

**BY E-MAIL**

Kahn Scolnick
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071

> Re: Black Diamond and Spectrum's Responses and Objections to Yucaipa's First Set of Requests for Production in *BDCM Opportunity Fund II, LP, et al. v. Yucaipa Am. Alliance Fund I, L.P.*, Adv. Proc. No. 14-50971 (CSS)

Dear Kahn:

On behalf of BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd. (collectively, "Black Diamond") and Spectrum Investment Partners, L.P. ("Spectrum"), we write in response to your letter dated July 31, 2015 ("Yucaipa's Letter") concerning Black Diamond and Spectrum's responses to Yucaipa's First Set of Requests for Production ("RFP") in the above-referenced adversary proceeding (the "BD/S Adversary Proceeding").

As noted in Yucaipa's Letter, Black Diamond and Spectrum agreed to search for documents responsive to RFP Nos. 50 and 51 and we will produce responsive documents, if any, in short order.

As for the other issues raised in Yucaipa's Letter, our initial responses are set forth below. We propose having a telephonic conference call to meet and confer about these issues and other discovery-related issues.

Yucaipa's RICO Allegations Are Barred by Collateral Estoppel

Yucaipa argues that the vast majority of RFPs identified in Yucaipa's Letter are relevant to the allegations in its RICO Complaint (RFP Nos. 1, 2, 36, 38, 39, 40-46, 56). However, the Bankruptcy Court's Opinion, dated August 21, 2015, found that the allegations in Yucaipa's Counterclaims were not plausible and barred by the Covenant Not to Sue (the

Kahn Scolnick
September 2, 2015
Page 2

"Counterclaim Dismissal").  The allegations in Yucaipa's RICO Complaint are the same as the allegations raised in its Counterclaims, and thus subject to collateral estoppel.[1]

Claims that Are Stayed in the Delaware Chancery Court

Yucaipa also seeks discovery in support of the allegations in its Delaware Chancery Court action challenging Black Diamond and Spectrum's governance of SBDRE. (RFP Nos. 39, 40, 41, 42, 43, 44, 46.)  However, Yucaipa's Delaware Chancery Court action is stayed, and thus it is entirely inappropriate for Yucaipa to seek discovery for its claims in that action through the "backdoor" of the BD/S Adversary Proceeding.  Accordingly, Black Diamond and Spectrum stand on their objections to RFP Nos. 39, 40, 41, 42, 43, 44 and 46.

Equitable Subordination of Lenders Other Than Yucaipa (RFP No. 36)

RFP No. 36 seeks documents concerning "the equitable subordination of First Lien Debt held by any Lender other than Yucaipa."  Moreover, this RFP is vague.  Given that no Lender under the Credit Agreement has been equitably subordinated, it is entirely unclear what documents this RFP seeks.  Yucaipa's Letter attempts to clarify this ambiguity by stating that it seeks "documents discussing the concept of equitably subordinating any other Lender's claims."

In any event, in addition to this RFP lacking relevance in light of the Counterclaim Dismissal (as discussed above) and being vague, this RFP is over broad to the extent that it seeks information concerning Lenders other than Black Diamond, Spectrum and Yucaipa.  Accordingly, Black Diamond and Spectrum stand on their objections to RFP No. 36.

Employee Compensation (RFP No. 52)

RFP No. 52 seeks documents concerning the compensation paid to the officers, directors, employees, consultants, or representatives of Black Diamond and Spectrum "based on equitably subordinating or disallowing any First Lien Debt held by Yucaipa."  Notwithstanding that this RFP seeks irrelevant information, as set forth above, Black Diamond and Spectrum can confirm that they do not pay any of their officers, directors, employees, consultants, or representatives based on equitably subordinating or disallowing any First Lien Debt held by Yucaipa.  Accordingly, without waiving their objections to RFP No. 52, Black Diamond and Spectrum will not search for responsive documents because none exist.

Value of Investments in Allied (RFP No. 37)

RFP No. 37 seeks documents "evidencing any attempt to estimate or value Your or any other Lender's investment in Allied."  In Yucaipa's Letter, without addressing how this RFP is even relevant, Yucaipa argues that Black Diamond and Spectrum's objections are unwarranted given that "there is a protective order in place to protect any confidential or proprietary information responsive to this request."  (Yucaipa's Letter at 4.)

---

[1] Prior to the Counterclaim Dismissal, Black Diamond and Spectrum had agreed to search for documents responsive to RFP No. 38 (documents concerning the so-called "Involuntary Petition Payoff"), but in light of the Counterclaim Dismissal, RFP No. 38 is no longer relevant.

Kahn Scolnick
September 2, 2015
Page 3

       Black Diamond and Spectrum's objections are not limited to the commercial sensitivity of the documents responsive to this RFP. Black Diamond and Spectrum also objected to this RFP on the grounds of, among other things, relevance. Yucaipa has made no attempt to explain how Black Diamond and Spectrum's subjective valuation of their investment in Allied – let alone other Lenders' investment in Allied – is relevant to the BD/S Adversary Proceeding. This RFP is also overbroad and unduly burdensome to the extent that it seeks documents concerning Lenders other than Black Diamond, Spectrum or Yucaipa. In addition, the phrase "investment in Allied" is vague because it is not clear whether that phrase is limited to First Lien Debt, or whether it also includes equity, second lien debt, or some other form of "investment in Allied." Accordingly, Black Diamond and Spectrum stand on their objections to RFP No. 37.

The AMMC Trade (RFP No. 6)

       RFP No. 6 seeks documents concerning "any potential or actual acquisition by Black Diamond and/or Spectrum of the First Lien Debt held by AMMC." In Yucaipa's Letter, Yucaipa argues that Black Diamond and Spectrum cannot refuse to search for such documents based on the fact that they are already in Yucaipa's possession, custody and control. (Yucaipa's Letter at 4-5.)

       Yucaipa, however, ignores the fact that Black Diamond and Spectrum also objected to this RFP based on, among other things, relevance. In particular, Black Diamond and Spectrum's acquisition of AMMC's First Lien Debt may have been relevant to the determination of whether Black Diamond and Spectrum are the Requisite Lenders – a determination which has already been made by the Bankruptcy Court. However, Yucaipa has failed to explain how AMMC's First Lien Debt is relevant to the BD/S Adversary Proceeding.

       In any event, Black Diamond and Spectrum have already disclosed to Yucaipa documents sufficient to show their acquisition of AMMC's First Lien Debt. While Yucaipa also seeks documents concerning "any *potential* . . . acquisition" of AMMC's First Lien Debt, Yucaipa has made no attempt to explain the relevance, if any, of such hypothetical transactions. Given that Yucaipa already has in its possession documents sufficient to show the Black Diamond and Spectrum acquired AMMC's First Lien Debt, and given that Yucaipa has utterly failed to show the relevance of RFP No. 6, Black Diamond and Spectrum stand on their objections to RFP No. 6.

* * *

Kahn Scolnick
September 2, 2015
Page 4

      In responding to the issues raised in Yucaipa's Letter, Black Diamond and Spectrum reserve all of their objections to Yucaipa's RFPs.

Respectfully,

Robert J. Ward

cc:    Nicholas Lagemann, Esq.
        John Massaro, Esq.