# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., AS CO-ADMINISTRATIVE AGENT, AND SPECTRUM COMMERCIAL FINANCE LLC, AS CO-ADMINISTRATIVE AGENT,<br><br>      Plaintiffs,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>      Defendants. | Adv. Proc. No. 14-50971 (CSS)<br><br>**Ref. Docket No.: _____** |

## ORDER GRANTING THE YUCAIPA DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND RESPONSES TO DISCOVERY REQUESTS

Upon consideration of the Yucaipa Defendants' motion to compel BD/S to produce responsive documents and to provide written responses to the Yucaipa Defendants' Interrogatories (the "Motion")[1]; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that, pursuant to Rule 33(b)(4) of the Federal Rules of Civil Procedure, BD/S have waived any and all objections to the Yucaipa Defendants' Interrogatories that may have otherwise been asserted as such objections, if any, were not timely raised by BD/S and their failure in this regard was without good cause; and it is further

ORDERED that BD/S shall:

    a. Provide procedurally proper written responses to the Yucaipa Defendants' Interrogatories;

    b. Search for and produce non-privileged documents that are responsive to the Disputed Requests for Production; and

    c. Produce further responsive documents that have been withheld based on improper assertions of the common-interest privilege; and it is further

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: Wilmington, Delaware

_____, 2016

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge