# EXHIBIT 27

# **<u>FILED UNDER SEAL</u>**

# EXHIBIT 28

# FILED UNDER SEAL