IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., AS CO-ADMINISTRATIVE AGENT, AND SPECTRUM COMMERCIAL FINANCE LLC, AS CO-ADMINISTRATIVE AGENT,<br><br>    Plaintiffs,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>    Defendants. | Adv. Proc. No. 14-50971 (CSS) |

## REPLY DECLARATION OF KAHN SCOLNICK IN SUPPORT OF YUCAIPA DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND RESPONSES TO DISCOVERY REQUESTS FROM BLACK DIAMOND AND SPECTRUM

1

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
John T. Dorsey, Esquire (No. 2988)
Michael R. Nestor, Esquire (No. 3526)
Sharon M. Zieg, Esquire (No. 4196)
Michael S. Neiburg, Esquire (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600
mnestor@ycst.com

- and-

GIBSON, DUNN & CRUTCHER LLP
Maurice M. Suh (*Pro Hac Vice*)
Robert A. Klyman (*Pro Hac Vice*)
Kahn Scolnick (*Pro Hac Vice*)
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
msuh@gibsondunn.com

*Attorneys for Plaintiffs Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P.*

## DECLARATION OF KAHN SCOLNICK

I, Kahn Scolnick, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court *pro hac vice*, and I am a Partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa"), Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner and Joseph Tomczak (collectively, the "Director Defendants" and with Yucaipa, the "Yucaipa Defendants"). I submit this declaration in further support of the Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests.

2. I have personal knowledge of the facts set forth in this declaration, except for those stated upon information and belief, and if called to testify, I could and would competently testify to them.

3. Attached as **Exhibit 31** hereto is a true and correct copy of a document Bates-stamped SPEC0006769, produced in connection with these adversary proceedings.

4. Attached as **Exhibit 32** hereto is a true and correct copy of a document Bates-stamped SPEC0003942–3943, produced in connection with these adversary proceedings.

5. Attached as **Exhibit 33** hereto is a true and correct copy of a document Bates-stamped SPEC0010928–10932, produced in connection with these adversary proceedings.

6. Attached as **Exhibits 33 and 34** hereto are excerpts from Black Diamond and Spectrum's privilege logs served on November 10, 2015.

4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on this 22nd day of August 2016, at Los Angeles, California.

_____
Kahn Scolnick (*Pro Hac Vice*)

REDACTED IN ITS ENTIRETY

EXHIBIT 31

REDACTED IN ITS ENTIRETY

EXHIBIT 32

REDACTED IN ITS ENTIRETY

# EXHIBIT 33

REDACTED IN ITS ENTIRETY

EXHIBIT 34

REDACTED IN ITS ENTIRETY

# EXHIBIT 35