# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>ASHINC Corporation, et al.<br>    Debtor | Chapter:  11<br><br>Bankruptcy No. 12–11564–CSS |
| BDCM Opportunity Fund, II, LP<br><br>    Plaintiff<br><br>    vs.<br><br>Yucaipa American Alliance Fund II, L.P. , et al.<br><br>    Defendant | <br><br>Adversary No. 14–50971–CSS |

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 1/9/2017 was filed on 1/11/2017 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 2/1/2017 .

If a request for redaction is filed, the redacted transcript is due 2/13/2017 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 4/11/2017 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                                    _____
                                                                    Una O'Boyle, Clerk of Court

Date: 1/11/17

(ntc)