IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ASHINC Corporation, et al. | : | Case No. 12-11564 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| BDCM OPPORTUNITY FUND II, LP | : | |
| BLACK DIAMOND CLO 2005-1 LTD., | : | |
| SPECTRUM INVESTMENT | : | |
| PARTNERS, L.P., BLACK DIAMOND | : | |
| COMMERCIAL FINANCE, L.L.C., | : | |
| AS CO ADMINISTRATIVE AGENT, | : | |
| AND SPECTRUM COMMERCIAL | : | |
| FINANCE LLC, AS CO - | : | |
| ADMINISTRATIVE AGENT | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No.: 14-50971 (CSS) |
| | : | |
| v. | : | Related Docket Nos. 119 and 136 |
| | : | |
| YUCAIPA AMERICAN ALLIANCE | : | |
| FUND I, L.P., YUCAIPA AMERICAN | : | |
| ALLIANCE (PARALLEL) FUND I, L.P., | : | |
| YUCAIPA AMERICAN ALLIANCE | : | |
| FUND, II, L.P., YUCAIPA AMERICAN | : | |
| ALLIANCE (PARALLEL) FUND II, | : | |
| L.P., RONALD BURKLE, | : | |
| JOS OPDEWEEGH, JAMES FRANK, | : | |
| DEREX WALKER, JEFF PELLETIER, | : | |
| IRA TOCHNER, AND | : | |
| JOSEPH TOMCZAK. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests (the "Motion to Compel") [Adv. Docket No. 119] filed July 22, 2016; Black Diamond and Spectrum's Memorandum of Law in Opposition to the Yucaipa Defendants' Motion to Compel and in Support of Their Cross-Motion to Strike Certain Affirmative Defenses (the "Motion to Strike") [Adv. Docket No.: 136] filed on August 12, 2016; Reply Brief in Support of the Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests [Adv. Docket No. 142] filed on August 22, 2016; Yucaipa Defendants' Opposition to Black Diamond & Spectrum's Cross-Motion to Strike Affirmative Defenses [Adv. Docket No. 150] filed on August 29, 2016; and Black Diamond and Spectrum's Reply Memorandum of Law in Support of their Cross-Motion to Strike Certain Affirmative Defenses [Adv. Docket No. 158] filed on September 8, 2016; the Court having reviewed the Motion to Compel and Motion to Strike and the responses thereto; and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion to Compel is DENIED and the Motion to Strike is GRANTED.

Christopher S. Sontchi
United States Bankruptcy Judge

Dated: January 18, 2017