## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak, | : : : : : : : : | Chapter 11 |
| | : | Case No. 12-11564 (CSS) |
| Appellants-Defendants, | : : | (Jointly Administered) |
| v. | : : | Adv. Proc. No. 14-50971 |
| BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, and Spectrum Commercial Finance, LLC, as Co-Administrative Agent, | : : : : : : : | C.A. No. _____ ECF Case |
| | : | |
| Appellees-Plaintiffs. | : : : | |

-----------------------------------------------------------x

**YUCAIPA AMERICAN ALLIANCE FUND I, L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, AND JOSEPH TOMCZAK'S NOTICE OF APPEAL**

Appellants-Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American

Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira

Tochner, and Joseph Tomczak (collectively the "Yucaipa Defendants"), by and through their

undersigned counsel, hereby move pursuant to 28 U.S.C. § 158(a)(3) and Federal Rules of

Bankruptcy Procedure 8002(a) and 8004(a), for leave to appeal the United States Bankruptcy

Court for the District of Delaware's Order (D.I. 194, the "Order") granting the Cross-Motion to

Strike Certain Affirmative Defenses ("Motion to Strike") brought by BDCM Opportunity Fund

II, L.P., Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C.,

01:21503754.1

Spectrum Investment Partners, L.P., and Spectrum Commercial Finance, LLC (collectively

"BD/S") (D.I. 136), and entered on January 18, 2017, in adversary proceeding No. 14-50971.  A

copy of the Bankruptcy Court's Order (A.P. No. 14-50971, D.I. 194) is attached hereto as

Exhibit 1.  The Yucaipa Defendants have filed concurrently herewith their Motion for Leave to

Appeal and Memorandum of Law in support thereof.

The names of all parties to the Order and their attorneys' names, addresses, and telephone

numbers are as follows:

Appellees-Plaintiffs BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd.,

Black Diamond Commercial Finance, L.L.C., Spectrum Investment Partners, L.P. and Spectrum

Commercial Finance, LLC (collectively, "BD/S").

Appellants-Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American

Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira

Tochner, and Joseph Tomczak.

Attorneys for Appellees-Plaintiffs BD/S:

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400

-and-

SCHULTE ROTH & ZABEL LLP
Adam C. Harris
Robert J. Ward
David M. Hillman
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000

Attorneys for Appellant-Defendant Yucaipa
Defendants:

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone:  (302) 571-6600
mnestor@ycst.com

- and-

GIBSON, DUNN & CRUTCHER LLP
Maurice M. Suh (*Pro Hac Vice*)
Robert A. Klyman (*Pro Hac Vice*)
Kahn Scolnick (*Pro Hac Vice*)
333 South Grand Avenue

01:21503754.1

Los Angeles, CA  90071
Telephone:  (213) 229-7000
msuh@gibsondunn.com

Dated: February 1, 2017

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone:  (302) 571-6600
mnestor@ycst.com

- and-

GIBSON, DUNN & CRUTCHER LLP
Maurice M. Suh (*Pro Hac Vice*)
Robert A. Klyman (*Pro Hac Vice*)
Kahn Scolnick (*Pro Hac Vice*)
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 229-7000
MSuh@gibsondunn.com

*Attorneys for Appellants-Defendants*
*Yucaipa American Alliance Fund I, L.P., Yucaipa*
*American Alliance (Parallel) Fund I, L.P., Ronald*
*Burkle, Jos Opdeweegh, Derex Walker, Jeff*
*Pelletier, Ira Tochner, and Joseph Tomczak*

01:21503754.1