# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ASHINC Corporation, et al. | : | Case No. 12-11564 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| BDCM OPPORTUNITY FUND II, LP BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., AS CO ADMINISTRATIVE AGENT, AND SPECTRUM COMMERCIAL FINANCE LLC, AS CO - ADMINISTRATIVE AGENT | : : : : : : : : : | |
| Plaintiffs, | : | Adv. Proc. No.: 14-50971 (CSS) |
| v. | : : | Related Docket Nos. 119 and 136 |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND, II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, AND JOSEPH TOMCZAK. | : : : : : : : : : : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests (the "Motion to Compel") [Adv. Docket No. 119] filed July 22, 2016; Black Diamond and Spectrum's Memorandum of Law in Opposition to the Yucaipa Defendants' Motion to Compel and in Support of Their Cross-Motion to Strike Certain Affirmative Defenses (the "Motion to Strike") [Adv. Docket No.: 136] filed on August 12, 2016; Reply Brief in Support of the Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests [Adv. Docket No. 142] filed on August 22, 2016; Yucaipa Defendants' Opposition to Black Diamond & Spectrum's Cross-Motion to Strike Affirmative Defenses [Adv. Docket No. 150] filed on August 29, 2016; and Black Diamond and Spectrum's Reply Memorandum of Law in Support of their Cross-Motion to Strike Certain Affirmative Defenses [Adv. Docket No. 158] filed on September 8, 2016; the Court having reviewed the Motion to Compel and Motion to Strike and the responses thereto; and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion to Compel is DENIED and the Motion to Strike is GRANTED.

Christopher S. Sontchi
United States Bankruptcy Judge

Dated: January 18, 2017