# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 12-11564 (KBO)<br><br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>                    Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>                    Intervenors,<br><br>                    v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                  Defendants. | Adv. Proc. No. 13-50530 |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

18915989.32

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                            Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                            Defendants. | Adv. Pro. No. 14-50971 (KBO) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                  ) SS
NEW CASTLE COUNTY  )

      Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Yucaipa American Alliance Fund, I, LP, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund, II, LP, Yucaipa American Alliance (Parallel) Fund II, L.P., Jos Opdeweegh, James Frank, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak in the above-referenced case, and that on March 6, 2019, he caused a copy of the following document(s) to be served in the manner indicated upon the parties identified on the attached Exhibit A service list:

**Yucaipa Defendants' Reply in Support of Motion for Clarification and/or Reconsideration of January 16, 2020 Order (Adv. No. 13-50530, Dkt. 654; Adv. No. 14-50971, Dkt. 416) [D.I. 675/439]**

2

18915989.32

_____
Chad Corazza

SWORN TO AND SUBSCRIBED before me this 10th day of March, 2019

_____
Notary Public

ERICA A. STEELE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 10, 2021

3

18915989.32

# EXHIBIT A

18915989.32

## SERVICE LIST
## Allied Systems Holdings, Inc.
## 3/6/2020

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
dabbott@mnat.com
(Mark Gendregske)
***Hand Delivery & Email***

Seth A. Niederman, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1600
Wilmington, DE 19801
sniederman@foxrothschild.com
(Liquidation Trustee)
***Hand Delivery & Email***

John C. Massaro, Esq.
Ian S. Hoffman, Esq.
Arnold & Porter LLP
601 Massachusetts Ave. NW
Washington, DC 20001-3743
john.massaro@aporter.com
ian.hoffman@aporter.com
(Mark Gendregske)
***First Class Mail & Email***

Jeffrey H. Zaiger, Esq.
Zaiger LLC
432 Park Avenue, Suite 19a
New York, NY 10022
jzaiger@zaigerllc.com
(Liquidation Trustee)
***First Class Mail***

David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035
david.l.buchbinder@usdoj.gov
(U.S. Trustee)
***Hand Delivery & Email***

Catherine E. Youngman, Esq.
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960
cyoungman@foxrothschild.com
(Liquidation Trustee)
***First Class Mail & Email***

Douglas J. Pepe, Esq.
Gila S. Singer, Esq.
Joseph Hage Aaronson LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
dpepe@jha.com
gsinger@jha.com
(Liquidation Trustee)
***First Class Mail & Email***