# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (KBO)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>Intervenors,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>Defendants. | Adv. Proc. No. 13-50530 |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent, | Adv. Pro. No. 14-50971 (KBO) |

| Plaintiff, |
| --- |

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,

Defendants.

## MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS YUCAIPA AMERICAN ALLIANCE FUND I, L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.

Pursuant to Federal Rule of Civil Procedure 56, made applicable to the above-captioned adversary proceedings by Federal Rule of Bankruptcy Procedure 7056, defendants Yucaipa American Alliance Fund, I, LP, and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa"), hereby move (the "Motion") for complete or partial summary judgment as follows:

Lender Complaint:[1]

1.      Summary judgment in favor of Yucaipa on the breach of contract claim (Second Claim for Relief) and breach of the implied duty of good faith and fair dealing claim (Third Claim for Relief) or, alternatively, partial summary judgment in favor of Yucaipa with respect to the issue of damages.

---

[1] The term "Lender Complaint" refers to the *Complaint for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of the Implied Duty of Good Faith and Fair Dealing, and (IV) Tortious Interference with Contract*, Adv. Proc. No. 14-50971 (KBO), Docket No. 1.

Estate Complaint:[2]

1.      Summary judgment in favor of Yucaipa on (i) the claim for specific performance of the Third Amendment (Capital Contribution Provision) (Fourth Claim for Relief); (ii) the claim for breach of the Third Amendment (Capital Contribution Provision) (Fifth Claim for Relief); and (iii) the claim for specific performance of the Third Amendment (Divestiture of Debt) (Sixth Claim for Relief).

2.      Summary judgment in favor of Yucaipa on the breach of fiduciary duty claim (Seventh Claim for Relief).

3.      Summary judgment in favor of Yucaipa on the recharacterization claim (Third Claim for Relief).

4.      Partial summary judgment in favor of Yucaipa on the fraudulent transfer claims (Tenth and Eleventh Claims for Relief).

This motion is based upon the arguments and reasoning set forth in the *Memorandum of Points and Authority in Support of Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund, I, LP, and Yucaipa American Alliance (Parallel) Fund I, L.P.* and the supporting declarations (including the exhibits thereto), which are being filed contemporaneously herewith.

## Local Rule 7012-1 Statement

Yucaipa does not consent to the entry of final orders or judgments by the Court to the extent that the Court has determined that it, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.  Further,

---

[2] The term "Estate Complaint" refers to *The Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims*, Adv. Proc. No. 13-50530 (KBO), Docket No. 76.

Yucaipa does not consent to the entry of final orders or judgments by the Court to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, Yucaipa respectfully requests that the Court enter an order (i) granting the Motion and entering complete or partial summary judgment for Yucaipa, and (ii) granting such other and further relief as may be just and proper.

Dated: May 1, 2020            YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:   */s/ Michael S. Neiburg*
Michael R. Nestor (No. 3526)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:        mnestor@ycst.com
              mneiburg@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Maurice M. Suh
Kahn Scolnick
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
RKlyman@gibsondunn.com
MSuh@gibsondunn.com
KScolnick@gibsondunn.com

*Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner*