# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>  Debtors. | Chapter 11<br><br>Case No. 12-11564 (KBO)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>  Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>  Intervenors,<br><br>  v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>  Defendants. | Adv. Proc. No. 13-50530 |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM | Adv. Pro. No. 14-50971 (KBO) |

1

COMMERCIAL FINANCE LLC, as co-administrative agent,

      Plaintiff,

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,

      Defendants.

## MOTION FOR SUMMARY JUDGMENT BY RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, AND IRA TOCHNER

Pursuant to Federal Rule of Civil Procedure 56, made applicable to the above-captioned adversary proceedings by Federal Rule of Bankruptcy Procedure 7056, defendants Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner (collectively, the "Individual Defendants") hereby move (the "Motion") for complete or partial summary judgment as follows:

Lender Complaint:[1]

  1.  Summary judgment in favor of all Individual Defendants on the only claim asserted against them for tortious interference with contract (Fourth Claim for Relief).

---

[1] The term "Lender Complaint" refers to the *Complaint for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of the Implied Duty of Good Faith and Fair Dealing, and (IV) Tortious Interference with Contract,* Adv. Proc. No. 14-50971 (KBO), Docket No. 1.

Estate Complaint:[2]

1.    Summary judgment in favor of Mr. Opdeweegh on the aiding-and-abetting claim (Ninth Claim for Relief), and partial summary judgment on the breach of fiduciary duty claim (Eighth Claim for Relief) as to all allegations occurring after he left the Allied board on October 9, 2009, and as to all allegations concerning (i) the payment of legal fees made by Allied to or on behalf of Yucaipa; (ii) the purported failure to consider potential transactions; and (iii) the purported failure to ensure compliance with the credit agreements.

2.    Summary judgment in favor of Mr. Pelletier on the breach of fiduciary duty claim (Eighth Claim for Relief), and the aiding-and-abetting claim (Ninth Claim for Relief).

3.    Summary judgment in favor of Mr. Tochner on the aiding-and-abetting claim (Ninth Claim for Relief), and partial summary judgment in favor of Mr. Tochner on the breach of fiduciary duty claim (Eighth Claim for Relief) as to any allegations occurring between January 2008 and April 2009 (when he was not on the Allied board), and as to all allegations concerning (i) the payment of fees made by Allied to or on behalf of Yucaipa; (ii) the purported failure to consider potential transactions; and (iii) the purported failure to ensure compliance with the credit agreements.

4.    Partial summary judgment in favor of Mr. Walker on the breach of fiduciary duty claim (Eighth Claim for Relief) as to all allegations concerning (i) the payment of fees made by Allied to or on behalf of Yucaipa; (ii) the purported failure to consider potential transactions; and (iii) the purported failure to ensure compliance with the credit agreements.

---

[2] The term "Estate Complaint" refers to *The Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims*, Adv. Proc. No. 13-50530 (KBO), Docket No. 76.

This motion is based upon the arguments and reasoning set forth in (i) the *Memorandum of Points and Authority in Support of Motion for Summary Judgment by Defendants Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner*, (ii) the *Memorandum of Points and Authority in Support of Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund, I, LP, and Yucaipa American Alliance (Parallel) Fund I, L.P.* and (iii) the supporting declarations (including the exhibits thereto), which are being filed contemporaneously herewith.

**Local Rule 7012-1 Statement**

The Individual Defendants do not consent to the entry of final orders or judgments by the Court to the extent that the Court has determined that it, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.  Further, the Individual Defendants do not consent to the entry of final orders or judgments by the Court to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, the Individual Defendants respectfully request that the Court enter an order (i) granting the Motion and entering complete or partial summary judgment for the Individual Defendants, and (ii) granting such other and further relief as may be just and proper.

Dated: May 1, 2020     YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:     */s/ Michael S. Neiburg*
        Michael R. Nestor (No. 3526)
        Michael S. Neiburg (No. 5275)
        1000 North King Street
        Wilmington, Delaware  19801
        Telephone:    (302) 571-6600

Facsimile: (302) 571-1253
Email: mnestor@ycst.com
mneiburg@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Maurice M. Suh
Kahn Scolnick
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
RKlyman@gibsondunn.com
MSuh@gibsondunn.com
KScolnick@gibsondunn.com

*Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner*

5