# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>                     Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>                     Intervenors,<br><br>                     v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                     Defendants. | Adv. Proc. No. 13-50530 |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                      Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                      Defendants. | Adv. Proc. No. 14-50971 (CSS) |

### DECLARATION OF GILA S. SINGER IN SUPPORT OF LITIGATION TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, GILA S. SINGER, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am attorney admitted *pro hac vice* to practice before this Court and an associate of the law firm Joseph Hage Aaronson LLC, counsel to Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "**Trustee**"). I submit this declaration on my own knowledge and belief in support of the Trustee's Partial Motion for Summary Judgment (the "**Motion**").

2. Attached are true and correct copies of the following documents cited in the Memorandum of Law in Support of the Motion:

2

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 1 | 3/14/2013 | Official Committee of Unsecured Creditors' Amended Complaint, Adv. Proc. No. 13-50530 (Bankr. D. Del.), D.I. 76 | | 275 |
| 2 | 11/19/2014 | Complaint, Adv. Proc. No. 14-50971 (Bankr. D. Del.), D.I. 1 | | 207 |
| 3 | 2/3/2006 | Memorandum from D. Walker & S. Bond to Investment Committee & R. Burkle re: Allied Holdings, Inc. | YUCAIPA740972-81 | 586 |
| 4 | 5/12/2006 | The Yucaipa Companies - Materials Prepared for Discussion | YUCAIPA686008 | 498 |
| 5 | 4/6/2007 | Second Amended Joint Plan of Reorganization, *In re Allied Holdings, Inc.*, No. 05-12515 (CRM) (Bankr. N.D. Ga.), D.I. 2802 | | 398 |
| 6 | 5/6/2007 | Email from D. Walker to woodlure5111@aol.com (Mark Gengregske) re: Employment Agreement | YUCAIPA729645-54 | 394 |
| 7 | 5/11/2007 | Email from D. Walker to I. Tochner et al. re: Allied Board | YUCAIPA629549 | 546 |
| 8 | 5/11/2007 | Employment Agreement between Allied and Gendregske | Yucaipa_LW00010556-65 | 395 |
| 9 | 5/15/2007 | Amended and Restated First Lien Secured Super-Priority Debtor in Possession and Exit Credit and Guaranty Agreement | YUCAIPA071689-931 | 133 |
| 10 | 5/15/2007 | Second Lien Secured Super-Priority Debtor in Possession and Exit Credit and Guaranty Agreement | YUCAIPA061958-2166 | |
| 11 | 5/29/2007 | Allied System Holdings, Inc. Form 8-K | | 676 |
| 12 | 5/29/2007 | Management Rights Agreement between Yucaipa | Yucaipa_LW00010525-31 | 280 |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| | | and Allied | | |
| 13 | 5/29/2007 | Allied Bylaws | Yucaipa_LW00013720-41 | |
| 14 | 5/29/2007 | Notice of Entry of Confirmation Order, *In re Allied Holdings, Inc.*, No. 05-12515 (CRM) (Bankr. N.D. Ga.), D.I. 2802 | | |
| 15 | 9/5/2007 | Email from D. Walker to M. Gendregske re: H&S Engagement Letter_Fully Executed | YUCAIPA712297-302 | 393 |
| 16 | 1/29/2008 | Email from N. Budd to D. Walker et al. re: Board of Director Issues | YCP-ALLIED-00004896-900 | 281 |
| 17 | 1/30/2008 | Email from D. Walker to R. Burkle re: Allied | YUCAIPA701764 | 604 |
| 18 | 2/18/2008 | Email from D. Walker to I. Tochner et al. re: Allied Call | YUCAIPA701779-82 | 137 |
| 19 | 3/31/2008 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137527-33 | 284 |
| 20 | 4/17/2008 | Amended No. 3 to First Lien Credit Agreement and Consent | YUCAIPA043112-29 | 136 |
| 21 | 4/17/2008 | Email from R. Burkle to D. Walker re: Allied Update | YUCAIPA044510 | 612 |
| 22 | 4/30/2008 | Amended No. 3 to Second Lien Credit Agreement and Consent | AHS00064051-63 | 343 |
| 23 | 6/27/2008 | Email from N. Budd to D. Walker et al. re: ASHI - Consent - Tomczak - June 2008 | YCP-ALLIED-00003474-76 | 282 |
| 24 | 8/15/2008 | Letter from to CIT Group/Business Credit, Inc. and The Bank of New York Mellon to Allied re: Quarterly Financial Reporting for June 30, 2008 | AHS00036444-72 | 149 |
| 25 | 9/3/2008 | Letter from CIT Group/Business Credit, Inc. to Allied Systems Holdings, Inc. re Notice of Default and | AHS00037891-92 | 150 |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| | | Reservation of Rights | | |
| 26 | 9/16/2008 | Email from M. Gendregske to J. Blount & J. Tomczak re: Latham Invoices | AHS00091986-025 | 412 |
| 27 | 12/10/2008 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137568-71 | 327 |
| 28 | 1/24/2009 | Email from J. Blount to D. Walker et al. re: Summary of Proposed Transactions | AHS00128716-17 | 166 |
| 29 | 2/2/2009 | Email from R. Shah to D. Walker re: Any news? Thanks. | YUCAIPA002219-20 | 622 |
| 30 | 2/4/2009 | Email from J. Tomczak to P. Bartels et al. re: Allied Systems Holdings Amendment 4 and Purchase Offer | SPEC0014088-148 | 170 |
| 31 | 2/11/2009 | Email from J. Tomczak to P. Bartels et al. re: Allied Systems Holdings - Extension of Offer to Purchase | YUCAIPA_LW00001648 | 175 |
| 32 | 2/12/2009 | Letter from E. Kimball to H. Dempster re: Amended and Restated First Lien Secured Super-Priorty Debter In Possession and Exit Credit and Guaranty Agreement | AHS00032551-52 | 176 |
| 33 | 2/21/2009 | Email from H. Dempster to S. Macaulay et al. forwarding 2-20-2009 Email from J. Goldfarb re: Allied Holdings/Comvest Assignments | AHS00095847-51 | 346 |
| 34 | 2/23/2009 | Email from M. Falk to R. Priddy et al. re: Allied | COMVEST003423 | 12 |
| 35 | 3/6/2009 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137586-89 | 292 |
| 36 | 3/12/2009 | Emails between D. Walker and I. Tochner | YUCAIPA698262 | 705 |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 37 | 3/13/2009 | Letter From M. Kasowitz to R. Priddy & M. Hughes re: Obligations of ComVest under March 5 Agreement | AHS00094875-77 | 53 |
| 38 | 4/6/2009 | Agreement between ComVest Investment Partners III L.P. and The Yucaipa Companies LLC | YUCAIPA55001-02 | 15 |
| 39 | 4/29/2009 | Email from M. Hughes to D. Walker re: agenda for tomorrow | YUCAIPA997446 | 69 |
| 40 | 8/3/2009 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137591-93 | 299 |
| 41 | 8/7/2009 | Letter from E. Kimball to Allied re: Notice of Defaults & Reservation of Rights | Yucaipa559939-41 | 794 |
| 42 | 8/19/2009 | Resolutions for Meeting of the Allied Board of Directors of Allied Systems Holdings, Inc. | CMTE-AP-00002198-200 | 793 |
| 43 | 8/21/2009 | Executed Loan Purchase Agreement | YUCAIPA895012-50 | 408 |
| 44 | 8/21/2009 | Amendment No. 4 to First Lien Credit Agreement | YUCAIPA_DEPO00017891-905 | 26 |
| 45 | 8/21/2009 | Assignment and Assumption Agreement | Yucaipa052925-31 | 25 |
| 46 | 8/23/2009 | Email from S. Bond to D. Walker re: Restructuring Plan | YUCAIPA707916-17 | 525 |
| 47 | 9/11/2009 | Email from D. Walker to H. Arabian re: Allied | YUCAIPA702106-08 | 529 |
| 48 | 9/15/2009 | Letter from E. Kimball to Allied re: Principal Payment Event of Default | BDCM0021773-75 | 795 |
| 49 | 9/17/2009 | Email from M. Chan to E. Kimball re: Allied Letter of Direction | YUCAIPA995703-10 | 530 |
| 50 | 11/13/2009 | Verified Complaint, *Allied Systems Holdings, Inc. v. CIT Group/Business Credit, Inc.*, No. 2009-cv-177574 (Ga. Super. Ct.) | YUCAIPA057425-53 | 630 |
| 51 | 12/3/2009 | Email from D. Walker to S. Macaulay & J. Blount re: | AHS00093556-60 | |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| | | Kasowitz Invoice | | |
| 52 | 12/21/2009 | Verified Answer and Counterclaims of Defendant the CIT Group/Business Credit, Inc., *Allied Systems Holdings, Inc. v. CIT Group/Business Credit, Inc.*, No. 2009-cv-177574 (Ga. Super. Ct.) | YUCAIPA070224-61 | 193 |
| 53 | 1/19/2010 | Email from C. Pappaioanou to D. Walker & J. Ornstein re: Jonathan Ornstein Consulting Agreement | YUCAIPA708714-20 | Ornstein 20 |
| 54 | 3/--/2010 | Allied Holdings, Inc. Company Information | YUCAIPA752658-60 | 587 |
| 55 | 3/26/2010 | Email from R. Burkle to R. Priddy re: Jonathan | COMVEST102177 COMVEST003851 | Ornstein 21 |
| 56 | 2/24/2011 | Excerpts from Transcript of the Deposition of Derex Walker, *Allied Systems Holdings, Inc. v. CIT Group/Business Credit, Inc.*, No. 2009-cv-177574 (Ga. Super. Ct.) | YUCAIPA874999-069 | 611 |
| 57 | 3/8/2011 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137594-600 | 573 |
| 58 | 5/29/2011 | Email from D. Walker to I. Tochner re: Meeting with Gores | YUCAIPA715736 | 636 |
| 59 | 6/21/2011 | Email from S. Deckoff to R. Burkle re: Allied Holdings - debt purchase transaction might be dead | BDCM0006125-26 | 663 |
| 60 | 12/5/2011 | Settlement Agreement and Mutual Limited Releases | MJX0005136-61 | 198 |
| 61 | 1/18/2012 | Summons & Complaint, *BDCM Opportunity Fund II, LP v. Yucaipa Am. All. Fund I, LP*, No. 650150/2012 (Sup. Ct. N.Y. Cnty.), NYSCEF No. 1 | | |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 62 | 2/15/2012 | Letter from A. Harris to Allied Board of Directors re: Defaults and Events of Default | YUCAIPA976484-87 | 349 |
| 63 | | INTENTIONALLY OMITTED | | |
| 64 | 3/5/2012 | Email from I. Tochner to D. Walker re: call me some time | YUCAIPA713075 | 638 |
| 65 | 3/8/2012 | Email from T. Ciupitu to D. Walker & I. Tochner re: Yucaipa - Allied Final Term Sheet | YUCAIPA831192-219 | 122 |
| 66 | 3/22/2012 | Letter from A. Harris to Allied Board of Directors re: February 15, 2012 Letter | YUCAIPA976488-90 | 350 |
| 67 | 5/10/2012 | Email from T. Ciupitu to J. Schaffer re: Revised Term Sheet with Black Diamond and Spectrum (JC May 10 2012) | BDCM0002625-41 | 123 |
| 68 | 5/15/2012 | Email from D. Walker to A. Harris et al. re: My schedule | BDCM0003525-28 | 713 |
| 69 | 5/16/2012 | Email from A. Harris to I. Tochner et al. re: Allied/Yucaipa Lock Up Agreement | BDCM0004354-68 | 473 |
| 70 | 5/16/2012 | Email from D. Walker to J. Blount et al. forwarding Email from A. Harris re: Allied/Yucaipa Lock Up Agreement | | 351 |
| 71 | 5/17/2012 | Email from R. Ehrlich to S. Deckoff re: Burkle | BDCM0002457 | 477 |
| 72 | 8/28/2012 | Minutes of Special Meeting of the Board of Directors of Allied Systems Holdings, Inc. | | 641 |
| 73 | 9/23/2012 | Minutes of Special Meeting of the Board of Directors of Allied Systems Holdings, Inc. | ALLIED000152-55 | |
| 74 | 10/18/2012 | Verified Complaint, *ASHINC Corp. v. AMMC VIII, Ltd. et al.*, Adv. Proc. No. 12-50947-CSS (Bankr. D. Del.), D.I. 1 | | |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 75 | 10/18/2012 | Motion to Extend Automatic Stay, *ASHINC Corp. v. AMMC VIII, Ltd. et al.*, Adv. Proc. No. 12-50947-CSS (Bankr. D. Del.), D.I. 4 | | |
| 76 | 11/19/2012 | Transcript of Hearing on Motion for Summary Judgment, *BDCM Opportunity Fund II, LP v. Yucaipa Am. All. Fund I, LP*, No. 650150/2012 (Sup. Ct. N.Y. Cnty.) | | |
| 77 | 12/3/2012 | Appointment Agreement | YUCAIPA0982065-74 | |
| 78 | 12/5/2012 | Yucaipa's Answer and Cross-Claim for Declaratory Judgment, *ASHINC Corp. v. AMMC VIII, Ltd. et al.*, Adv. Proc. No. 12-50947-CSS (Bankr. D. Del.), D.I. 55 | | |
| 79 | 1/5/2013 | Yucaipa's Amended Counterclaim and Cross-Claim for Declaratory Judgment, *ASHINC Corp. v. AMMC VIII, Ltd. et al.*, Adv. Proc. No. 12-50947-CSS (Bankr. D. Del.), D.I. 65 | | |
| 80 | 2/27/2013 | Transcript of Hearing on Motion to Dismiss Cross-Claim, *ASHINC Corp. v. AMMC VIII, Ltd. et al.*, Adv. Proc. No. 12-50947-CSS (Bankr. D. Del.), D.I. 162 | | |
| 81 | 6/23/2013 | Declaration of D. Walker in Support of Yucaipa's Opposition to Petitioning Creditors' Motion for Summary Judgment, *ASHINC Corp. v. AMMC VIII, Ltd. et al.*, Adv. Proc. No. 12-50947-CSS (Bankr. D. Del.) | | 588 |
| 82 | 9/11/2013 | Transcript of Auction Proceeding, No. 12-11564 (Bankr. D. Del.) | LIT-TRUSTEE_000914-47 | |
| 83 | 9/12/2013 | Transcript of Auction | LIT- | |

9

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| | | Proceeding, No. 12-11564 (Bankr. D. Del.) | TRUSTEE_000610-61 | |
| 84 | 2/14/2014 | Amended Verified Complaint, *Yucaipa Am. All Fund I, LP v. SBDRE LLC*, C.A. No. 9151 VCP (Del. Ch.) | | |
| 85 | 10/31/2014 | Memorandum Opinion, *Yucaipa Am. All Fund I, LP v. SBDRE LLC*, C.A. No. 9151 VCP (Del. Ch.) | | |
| 86 | 2/6/2015 | RICO Complaint, *Yucaipa Am. All. Fund I, LP et al. v. Ehrlich et al.*, No. 15-cv-916 (S.D.N.Y.), D.I. 1 | | |
| 87 | 5/8/2015 | RICO Complaint, *Yucaipa Am. All. Fund I, LP et al. v. Ehrlich et al.*, No. 15-cv-373 (D. Del.), D.I. 1 | | |
| 88 | 5/29/2015 | Yucaipa's First Supplemental Responses & Objections to Official Committee of Unsecured Creditors' First Requests for Admission, Adv. Proc. No. 13-50530 (Bankr. D. Del.) | | |
| 89 | 3/30/2016 | Yucaipa's Responses to Black Diamond CLO 2005-I Ltd.'s First Interrogatories, Adv. Proc. No. 14-50971 (Bankr. D. Del.) | | |
| 90 | 9/2/2016 | Memorandum Decision, *Yucaipa Am. All. Fund I, LP et al. v. Ehrlich et al.*, No. 15-cv-373 (D. Del.), D.I. 35 | | |
| 91 | 10/3/2018 | Excerpts from Transcript of Deposition of Jonathan Ornstein, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 92 | 1/21-22/2019 | Excerpt from Transcript of Deposition of Mark Hughes (ComVest 30(b)(6)), Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 93 | 2/26/2019 | Excerpts from Transcript of Deposition of T. Michael Riggs, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 94 | 2/27/2019 | Excerpts from Transcript of Deposition of Theo Ciupitu (JCT 30(b)(6)), Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 95 | 3/6/2019 | Excerpts from Transcript of Deposition of Joseph Tomczak, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 96 | 3/28/2019 | Excerpts from Transcript of Deposition of Jos Opdeweegh, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 97 | 5/2/2019 | Excerpts from Transcript of Deposition of Mark Gendregske, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 98 | 5/22-23/2019 | Excerpts from Transcript of Deposition of Derex Walker (Yucaipa 30(b)(6)), Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 99 | 6/11/2019 | Excerpts from Transcript of Deposition of Brian Cullen, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 100 | 6/13/2019 | Excerpts from Transcript of Deposition of Ira Tochner, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 101 | 6/26/2019 | Excerpts from Transcript of Deposition of Ron Burkle, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| 102 | 9/27/2019 | Expert Report of Daniel R. Fischel | | 805 |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 103 | 9/27/2019 | Expert Report of Jeffrey M. Risius | | 832 |
| 104 | 9/27/2019 | Expert Report of Jonathan R. Macey | | 835 |
| 105 | 11/12/2019 | Expert Rebuttal Report of Daniel R. Fischel | | 806 |
| 106 | 11/12/2019 | Responsive Expert Report of Jonathan R. Macey | | 836 |
| 107 | N/A | Reconciliation of Funds from Bankruptcy Sale in JCT Action | LIT-TRUSTEE_000007 | 382 |
| 108 | N/A | Tie-in to distributions to holders of first lien credit agreement claims with respect to Allied | LIT-TRUSTEE_000008 | 383 |
| 109 | N/A | Breakdown of funds for reimbursement from 12/27/13 through transfer of funds to Rabobank, and escrow amounts to Wilmington Trust on behalf of Yucaipa | LIT-TRUSTEE_000009 | 384 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      May 1, 2020

Gila S. Singer (admitted *pro hac vice*)
Joseph Hage Aaronson LLC
485 Lexington Avenue, 30th Floor
New York, NY  10017
Tel: (212) 407-1242