# Exhibits 1 – 4

# Filed Under Seal