# Exhibits 6 – 10

# Filed Under Seal