# Exhibits 12 & 13

# Filed Under Seal