# Exhibit 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| ALLIED HOLDINGS, INC., *et al.*, | Case Nos. 05-12515 through 05-12526 and 05-12528 through 05-12537 |
| Debtors. | Judge Mullins |

**NOTICE OF (A) ENTRY OF CONFIRMATION ORDER; (B) EFFECTIVE DATE; AND (C) ADMINISTRATIVE EXPENSE CLAIMS BAR DATE**

**(A)    NOTICE OF ENTRY OF CONFIRMATION ORDER**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") entered an order (the "Confirmation Order") on May 18, 2007 (the "Confirmation Date"), confirming the *Second Amended Joint Plan Of Reorganization of Allied Holdings, Inc. and Affiliated Debtors Proposed by the Debtors, Yucaipa and the Teamsters National Automobile Transportation Industry Negotiating Committee* (as amended and modified, the "Plan").[1] A copy of the Plan and the Confirmation Order can be obtained by: written request to JPMorgan Trust Company, National Association, c/o Administar Services Group, P.O. Box 56636, Jacksonville, FL 32241-6636; or calling 904-807-3066; or contacting counsel to the Debtors, Troutman Sanders LLP, 5200 Bank of America Plaza, 600 Peachtree Street, N.E., Atlanta, GA 30308, fax no. (404) 885-3900, phone no. (404) 885-2506.

**(B)    NOTICE OF EFFECTIVE DATE OF PLAN**

**PLEASE TAKE NOTICE THAT on May 29, 2007, the Plan became effective (the "Effective Date").**

The Plan, the Plan Supplement and the Confirmation Order shall bind (i) the Debtors, (ii) the Reorganized Debtors, (iii) all Holders of Claims against and Interests in any Debtor, whether or not impaired under the Plan and whether or not, if impaired, such Holders accepted, rejected, or are deemed to have accepted or rejected the Plan, (iv) each Person acquiring property under the Plan, (v) all non–Debtor parties to executory contracts and unexpired leases with any Debtor, (vi) all entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan or the Confirmation Order and (vii) each of the foregoing's respective heirs, successors, assigns, trustees, executors or administrators, if any.

**(C)    NOTICE OF ADMINISTRATIVE EXPENSE CLAIMS BAR DATE**

PLEASE TAKE FURTHER NOTICE THAT, except as otherwise provided in the Plan, all requests for payment of Administrative Expense Claims pursuant to section 503 of the

---

[1] Capitalized terms not defined herein have the meaning given in the Plan.

Bankruptcy Code must be filed with the Bankruptcy Court no later than **June 29, 2007**.  All such requests must be submitted by motion in a form in accordance with the Bankruptcy Code, the Bankruptcy Rules and the local rules of the Bankruptcy Court.  **If you fail to file a timely request for allowance of an Administrative Expense Claim, such claim shall not be Allowed by the Court or paid.**

**(D)     NOTICE OF BAR DATE FOR CLAIMS BASED ON REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES**

PLEASE TAKE FURTHER NOTICE THAT all proofs of Claim arising from the rejection (if any) of executory contracts or unexpired leases by operation of the Plan or Plan Supplement must be filed with the Voting Agent on or before **June 18, 2007**.  **Any Claims arising from the rejection of an executory contract or unexpired lease for which proofs of Claim are not timely filed within that time period will be forever barred from assertion against the Debtors or the Reorganized Debtors, their Estates and property unless otherwise ordered by the Bankruptcy Court.**

**(E)     FEE APPLICATIONS OF PROFESSIONALS**

Please be advised that any Professional seeking an allowance for compensation or reimbursement of expenses pursuant to sections 327, 328, 330 or 1103 of the Bankruptcy Code shall by **July 30, 2007** file with this Court a final application for professional fees and expenses.

[remainder of page intentionally left blank]

**This Notice is being sent to you by Court Order.**

Dated: May 29, 2007           Respectfully submitted,

/s/ Jeffrey W. Kelley

TROUTMAN SANDERS LLP
Ezra H. Cohen
Jeffrey W. Kelley
600 Peachtree St., N.E., Suite 5200
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3009
Facsimile: (404) 692-6799
*Counsel for Debtors and Debtors in Possession*

/s/ Robert A. Klyman

LATHAM & WATKINS LLP
Robert A. Klyman
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
*Counsel for Yucaipa*

/s/ Frederick Perillo

Previant, Goldberg, Uelmen, Gratz, Miller and Brueggerman, S.C.
Frederick Perillo
Jill Hartley
1555 North River Center Drive, Suite 202
Milwaukee, Wisconsin 53212
Telephone: (414) 271-4500
Facsimile (414) 271-6308
*Counsel for TNATINC*