# Exhibits 23 - 54

# Filed Under Seal