# Exhibit 55

**From:** Ron Burkle [burkle@yucaipaco.com]
**Sent:** Friday, March 26, 2010 10:12 PM
**To:** Priddy, Robert
**Subject:** Jonathon

I know you guys have been talking...just an fyi....we gave him 250k a few months ago



EXHIBIT 21  10/3/18
G. Ornstein

1

COMVEST102177

COMVEST003851
COMVEST003851