# Exhibits 56 - 60

# Filed Under Seal