# Exhibit 63

# Intentionally Omitted