# Exhibit 64 - 69

# Filed Under Seal