# Exhibits 82 & 83

# Filed Under Seal