# Exhibit 88

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION AND ITS AFFILIATED DEBTORS, | Adv. Proc. No. 13-50530 (CSS) |
| Plaintiff, | **[CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER]** |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK J. GENDREGSKE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | |
| Defendants. | |

**THE YUCAIPA DEFENDANTS' FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and Rules 7026 and 7036 of the Federal Rules of Bankruptcy Procedure, Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, the "Yucaipa Defendants"), by and through their undersigned counsel, hereby object and respond as follows to the First Set of Requests for Admission served by the Official Committee of Unsecured Creditors (the "Committee") on March 4, 2013.

## PRELIMINARY STATEMENT

These responses are made solely for the purpose of, and in relation to, this action and are based on information presently known to the Yucaipa Defendants.  The Yucaipa Defendants have not completed and are continuing to conduct their investigation of the facts relating to this action.  Further research and analysis may supply additional facts and evidence, add meaning to known facts, and establish entirely new factual and legal contentions, all of which may lead to additions to, changes in, and variations from the present responses.  Consequently, the following responses are given without prejudice to the Yucaipa Defendants' right to supplement or modify these responses as discovery progresses or as new information becomes known to the Yucaipa Defendants.

Because discovery and investigation of the facts relating to this case are still ongoing, the following responses shall not be deemed to be an admission or representation that additional information responsive to the Requests does not exist.  Each response is subject to all objections as to relevance, materiality, propriety and admissibility, and any and all other objections and grounds that would require the exclusion of the response, or any part thereof, if such responses

01:17152065.1

2

were to be introduced at any hearing or trial of this matter.  Each of these objections is reserved and may be interposed at the time of such hearing or trial.

Subject to the foregoing, the Yucaipa Defendants respond as follows:

## GENERAL OBJECTIONS

The Yucaipa Defendants hereby incorporate the General Objections stated in their Responses to the Official Committee of Unsecured Creditors' First Set of Requests for Admission, served on April 3, 2013.  Those General Objections are hereby incorporated into the responses set forth below as though fully stated herein.

## REQUESTS FOR ADMISSION

## REQUEST FOR ADMISSION NO. 3:

Beginning in or about December 2009, Kasowitz or Yucaipa submitted Kasowitz's invoices for legal advice and related legal services Kasowitz provided to Yucaipa in connection with the Georgia Litigation and the New York Litigation to the Debtors for payment.

## RESPONSE TO REQUEST FOR ADMISSION NO. 3:

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague, ambiguous and unintelligible.

## FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 3:

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that beginning in or about December 2009, Kasowitz or Yucaipa submitted invoices for legal services to Allied Systems Holdings, Inc. for payment.  The Yucaipa Defendants further admit that those payments were for legal services, including services related to the Georgia Litigation and/or the New York Litigation.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

01:17152065.1

**REQUEST FOR ADMISSION NO. 4:**

On or about December 23, 2009, Kasowitz received a payment from the Debtors in the amount of $19,155.09.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 4:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 23, 2009, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $19,155.09.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 5:**

On or about March 8, 2010, Kasowitz received a payment from the Debtors in the amount of $100,379.58.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

01:17152065.1

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows: The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 5:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about March 8, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $100,379.58. Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 6:**

On or about April 13, 2010, Kasowitz received a payment from the Debtors in the amount of $38,128.38.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows: The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 6:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about April 13, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $38,128.38. Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

01:17152065.1

**REQUEST FOR ADMISSION NO. 7:**

On or about April 16, 2010, Kasowitz received a payment from the Debtors in the amount of $13,359.04.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 7:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about April 16, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $13,359.04.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 8:**

On or about May 13, 2010, Kasowitz received a payment from the Debtors in the amount of $98,894.79.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

01:17152065.1

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 8:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about May 13, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $98,894.79.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 9:**

On or about July 26, 2010, Kasowitz received a payment from the Debtors in the amount of $101,538.66.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 9:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about July 26, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $101,538.66.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

01:17152065.1

7

**REQUEST FOR ADMISSION NO. 10:**

On or about September 15, 2010,  Kasowitz received a payment from the Debtors in the amount of $191,526.39.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 10:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about September 15, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $191,526.39.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 11:**

On or about September 20, 2010, Kasowitz received a payment from the Debtors in the amount of $304,033.11.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 11:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about September 20, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $304,033.11.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 12:**

On or about October 6, 2010, Kasowitz received a payment from the Debtors in the amount of $209,165.47.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 12:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about October 6, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $209,165.47.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

01:17152065.1

9

**REQUEST FOR ADMISSION NO. 13:**

On or about November 2, 2010, Kasowitz received a payment from the Debtors in the amount of $360,447.42.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 13:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about November 2, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $360,447.42.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 14:**

On or about December 16, 2010, Kasowitz received a payment from the Debtors in the amount of $111,808.98.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

01:17152065.1

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 14:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 16, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $111,808.98.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 15:**

On or about December 21, 2010, Kasowitz received a payment from the Debtors in the amount of $4,897.50.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 15:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 21, 2010, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $4,897.50.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

01:17152065.1

**REQUEST FOR ADMISSION NO. 16:**

On or about March 7, 2011, Kasowitz received a payment from the Debtors in the amount of $237,893.64.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 16:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about March 7, 2011, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $237,893.64.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 17:**

On or about June 30, 2011, Kasowitz received a payment from the Debtors in the amount of $100,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 17:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about June 30, 2011, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $100,000.00.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 18:**

On or about September 7, 2011, Kasowitz received a payment from the Debtors in the amount of $117,321.71.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 18:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about September 7, 2011, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $117,321.71.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

01:17152065.1

**REQUEST FOR ADMISSION NO. 19:**

On or about October 12, 2011, Kasowitz received a payment from the Debtors in the amount of $200,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 19:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about October 12, 2011, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $200,000.00.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 20:**

On or about November 23, 2011, Kasowitz received a payment from the Debtors in the amount of $100,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 20:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about November 23, 2011, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $100,000.00.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 21:**

On or about December 9, 2011, Kasowitz received a payment from the Debtors in the amount of $75,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 21:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 9, 2011, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $75,000.00.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

01:17152065.1

15

**REQUEST FOR ADMISSION NO. 22:**

On or about December 15, 2011, Kasowitz received a payment from the Debtors in the amount of $75,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows: The Yucaipa Defendants lack sufficient information or belief to know when Kasowitz might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 22:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 15, 2011, Kasowitz received a payment from Allied Systems Holdings, Inc. in the amount of $75,000.00. Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 23:**

Beginning in or about November 2007, Latham or Yucaipa submitted Latham's invoices for legal advice and related legal services provided to Yucaipa in connection with the Bankruptcy, Secured Debt Matters and the Tender Offer described in paragraph 61 of the Cross-Claim and paragraph 244 of Yucaipa's Answer to the Debtors for payment.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague, ambiguous, and unintelligible.

01:17152065.1

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 23:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that beginning in or about November 2007, Latham or Yucaipa submitted invoices for legal services to certain individuals employed by one or more of the Debtors for payment. The Yucaipa Defendants further admit that those payments were for legal services, including services related to the Bankruptcy and Secured Debt Matters. Following a reasonable inquiry, the Yucaipa Defendants lack sufficient information to admit or deny whether those payments were also for legal services related to the Tender Offer, and the information the Yucaipa Defendants know or can readily obtain is insufficient to allow them to admit or deny. Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 24:**

On or about November 19, 2007, Latham received a payment from the Debtors in the amount of $13,701.44.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows: The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 24:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about November 19, 2007, Latham received a payment from Allied Holdings,

Inc. in the amount of $13,701.44.  Except as expressly admitted herein, the Yucaipa Defendants

deny this Request.

## REQUEST FOR ADMISSION NO. 25:

On or about December 11, 2007, Latham received a payment from the Debtors in the

amount of $26,064.71.

## RESPONSE TO REQUEST FOR ADMISSION NO. 25:

In addition to the foregoing General Objections incorporated by reference herein, the

Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request

subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as

follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham

might have received any such payment.

## FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 25:

Subject to and without waiving the previously stated objections, the Yucaipa Defendants

admit that on or about December 11, 2007, Latham received a payment from Allied Holdings,

Inc. in the amount of $26,064.71.  Except as expressly admitted herein, the Yucaipa Defendants

deny this Request.

## REQUEST FOR ADMISSION NO. 26:

On or about December 13, 2007, Latham received a payment from the Debtors in the

amount of $196,295.99.

01:17152065.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 26:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 13, 2007, Latham received a payment from Allied Holdings, Inc. in the amount of $196,295.99.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 27:**

On or about January 2, 2008, Latham received a payment from the Debtors in the amount of $8,408.82.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

01:17152065.1

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 27:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about January 2, 2008, Latham received a payment from Allied Systems, Ltd. in the amount of $8,408.82.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 28:**

On or about May 2, 2008, Latham received a payment from the Debtors in the amount of $18,642.50.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 28:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about May 2, 2008, Latham received a payment from Allied Holdings, Inc. in the amount of $18,642.50.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 29:**

On or about October 15, 2008, Latham received a payment from the Debtors in the amount of $36,461.28.

01:17152065.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 29:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about October 15, 2008, Latham received a payment from Allied Holdings, Inc. in the amount of $36,461.28.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 30:**

On or about December 31, 2008, Latham received a payment from the Debtors in the amount of $1,280,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

01:17152065.1

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 30:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 31, 2008, Latham received a payment from Allied Holdings, Inc. in the amount of $1,280,000.00.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 31:**

On or about December 23, 2009, Latham received a payment from the Debtors in the amount of $15,276.86.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 31:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 23, 2009, Latham received a payment from Allied Systems Holdings, Inc. in the amount of $15,276.86.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 32:**

On or about December 31, 2009, Latham received a payment from the Debtors in the amount of $26,961.67.

01:17152065.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 32:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 31, 2009, Latham received a payment from Allied Systems Holdings, Inc. in the amount of $26,961.67.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 33:**

On or about February 4, 2010, Latham received a payment from the Debtors in the amount of $4,495.50.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 33:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about February 4, 2010, Latham received a payment from Allied Systems Holdings, Inc. in the amount of $4,495.50.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 34:**

On or about September 23, 2010, Latham received a payment from the Debtors in the amount of $33,220.53.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 34:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about September 23, 2010, Latham received a payment from Allied Systems Holdings, Inc. in the amount of $33,220.53.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 35:**

On or about October 6, 2010, Latham received a payment from the Debtors in the amount of  $46,285.93.

01:17152065.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 35:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about October 6, 2010, Latham received a payment from Allied Systems Holdings, Inc. in the amount of $46,285.93.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 36:**

On or about December 9, 2010, Latham received a payment from the Debtors in the amount of $1,235.00.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

01:17152065.1

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 36:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 9, 2010, Latham received a payment from Allied Systems Holdings, Inc. in the amount of $1,235.00.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 37:**

On or about December 31, 2010, Latham received a payment from the Debtors in the amount of $39,106.45.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 37:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about December 31, 2010, Latham received a payment from Allied Systems Holdings, Inc. in the amount of $39,106.45.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 38:**

On or about March 11, 2011, Latham received a payment from the Debtors in the amount of $26,536.16.

01:17152065.1

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 38:**

Subject to and without waiving the previously stated objections, the Yucaipa Defendants admit that on or about March 11, 2011, Latham received a payment from Allied Systems Holdings, Inc. in the amount of $26,536.16.  Except as expressly admitted herein, the Yucaipa Defendants deny this Request.

**REQUEST FOR ADMISSION NO. 39:**

On or about December 27, 2011, Latham received a payment from the Debtors in the amount of $139,256.33.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

In addition to the foregoing General Objections incorporated by reference herein, the Yucaipa Defendants object to this Request as vague and ambiguous, rendering the Request subject to multiple interpretations.

Subject to and without waiving these objections, the Yucaipa Defendants respond as follows:  The Yucaipa Defendants lack sufficient information or belief to know when Latham might have received any such payment.

01:17152065.1

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST NO. 39:**

      Subject to and without waiving the previously stated objections, the Yucaipa Defendants

admit that on or about December 27, 2011, Latham received a payment from Allied Systems

Holdings, Inc. in the amount of $139,256.33.  Except as expressly admitted herein, the Yucaipa

Defendants deny this Request.


Dated: May 29, 2015
      Los Angeles, California

                    YOUNG, CONAWAY, STARGATT & TAYLOR,
                    LLP


                    */s/ Michael S. Neiburg*
                    John T. Dorsey, Esquire (No. 2988)
                    Michael R. Nestor (No. 3526)
                    Sharon M. Zieg (No. 4196)
                    Michael S. Neiburg (No. 5275)
                    Rodney Square
                    1000 North King Street
                    Wilmington, DE  19801
                    Telephone:  (302) 571-6600
                    mnestor@ycst.com

                        - and -

                    GIBSON, DUNN & CRUTCHER LLP
                    Robert A. Klyman
                    Maurice M. Suh
                    Kahn Scolnick
                    333 South Grand Avenue
                    Los Angeles, CA  90071
                    Telephone: (213) 229-7000
                    RKlyman@gibsondunn.com
                    MSuh@gibsondunn.com
                    KScolnick@gibsondunn.com

                    Attorneys for Defendants,
                    Yucaipa American Alliance Fund I, L.P., Yucaipa
                    American Alliance (Parallel) Fund I, L.P.

01:17152065.1