# Exhibits 91 - 109

# Filed Under Seal