REDACTED

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (KBO) (Jointly Administered) |
| Debtors. | |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS | Adv. Proc. No. 13-50530 |
| Plaintiff, | |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | |
| Defendants. | |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM | Adv. Pro. No. 14-50971 (KBO) |

COMMERCIAL FINANCE LLC, as co-administrative agent,

                Plaintiff,

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,

                Defendants.

**DECLARATION OF JEFF PELLETIER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600
mnestor@ycst.com

- and-

GIBSON, DUNN & CRUTCHER LLP
Maurice M. Suh (*Pro Hac Vice*)
Robert A. Klyman (*Pro Hac Vice*)
Kahn Scolnick (*Pro Hac Vice*)
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
msuh@gibsondunn.com

*Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American*

2

*Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner*

## DECLARATION OF JEFF PELLETIER

I, Jeff Pelletier, hereby declare as follows:

1. I submit this declaration in support of the motions for summary judgment filed by Yucaipa American Alliance Fund I, LP, Yucaipa American Alliance (Parallel) Fund I, LP (collectively, the "Yucaipa Defendants"), Ron Burkle, Jos Opdeweegh, Derex Walker, Ira Tochner, and myself. I have personal knowledge of the facts set forth in this declaration and if called to testify, I could and would competently testify to them.

2. I am an operating partner and principal at Yucaipa, where I assist with labor matters and labor relations for Yucaipa's various portfolio companies. Assisting with labor relations issues is an important part of the Yucaipa investment model.

3. I served on the board of directors of Allied Systems Holdings, Inc. ("Allied") from October 29, 2009 to December 2013.

4. Before I joined the Allied board in October 2009, my involvement with Allied was limited to advising and assisting Allied's management on labor relations issues—i.e., Allied's relationship with the Teamsters, which is the labor union that represented Allied's employees/drivers. For example, I was involved in negotiating the wage concessions with the Teamsters in 2007 that helped Allied's exit from its prior bankruptcy. But I was not involved in negotiating, drafting, or approving Allied's First Lien Credit Agreement ("FLCA") or Second Lien Credit Agreement ("SCLA"), or any amendments to those agreements. Nor was I involved in the Yucaipa Defendants' acquisition of Allied's first lien debt from ComVest Investment Partners III, L.P. ("ComVest") in August 2009.

5. I am aware that a "Fourth Amendment" to the FLCA was executed in August 2009, a couple of months before I joined the Allied board. I also understand that in August

2009, pursuant to the Fourth Amendment, the Yucaipa Defendants acquired Allied's first lien debt from ComVest. When I joined Allied's board in October 2009, I understood and believed that the Fourth Amendment was legally valid and that it allowed the Yucaipa Defendants to acquire Allied's debt from ComVest. I also know that in March 2013 a New York court deemed the Fourth Amendment to be invalid for reasons I do not fully understand.

6. Between late 2011 and mid-2012, I understand that the Yucaipa Defendants were negotiating with Jack Cooper Transport ("JCT") regarding JCT's potential acquisition of the Yucaipa Defendants' Allied debt holdings. I did not participate in those negotiations.

7. I understand that at paragraph 139 of the "Lender Complaint," the Trustee alleges that with respect to Allied, I was "not pursuing in good faith the legitimate profit-seeking activities of Yucaipa or [Allied]," but rather was trying to benefit myself "individually at the expense of [Allied] and [its] stakeholders" I also understand that at paragraphs 182 and 184 of the "Estate Complaint," the Trustee alleges that I "failed to ensure that Allied, and not Yucaipa, would negotiate the terms of" any amendments to the FLCA and failed "to ensure that any transactions involving [Allied] and Yucaipa . . . were in [Allied's] interests, not only Yucaipa's interests." None of these allegations are true. I never acted to advance my own personal financial interests with respect to Allied or any of the allegations that are at issue in this case. Moreover, as mentioned above, I was not a member of the Allied board when it approved the Fourth Amendment to the FLCA, and I was not involved in Yucaipa's first lien debt purchase or in its negotiations with JCT.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on this 22nd day of April 2020, at Los Angeles, California.

_____
Jeff Pelletier