**Index of Exhibits to Declaration of Kahn A. Scolnick**

| Exhibit Number | Descriptor |
|---|---|
| 1 | Deposition Transcript of Joseph Tomczak – 3.6.2019 |
| 2 | Jeffrey Schaffer and Spectrum 30(b)(6) Deposition Transcript – 3.21.2019 |
| 3 | Deposition Transcript of Jos Opdeweegh – 3.28.2019 |
| 4 | Richard Ehrlich and Black Diamond 30(b)(6) Deposition Transcript – 5.8.2019 |
| 5 | Deposition Transcript of Jeff Pelletier – 5.16.2019 |
| 6 | Derex Walker and Yucaipa 30(b)(6) Deposition Transcript – 5.22.2019 |
| 7 | Derex Walker and Yucaipa 30(b)(6) Deposition Transcript – 5.23.2019 |
| 8 | Deposition Transcript of Stephen Deckoff – 6.3.2019 |
| 9 | ASHINC Litigation Trust 30(b)(6) Deposition Transcript – 7.26.2019 |
| 10 | Deposition Transcript of Brian Cullen – 6.11.2019 |
| 11 | Deposition Transcript of Ira Tochner – 6.13.2019 |
| 12 | Deposition Transcript of Ronald Burkle – 6.26.2019 |
| 13 | Deposition Transcript of Jeffrey Risius – 12.19.2019 |
| 14 | Deposition Transcript of Jonathan Macey – 1.7.2020 |
| 15 | Deposition Transcript of Mark Gendregske – 5.2.2019 |
| 16 | Deposition Transcript of Nancy Davies – 10.2.2018 |
| 17 | Mark Hughes and ComVest 30(b)(6) Deposition Transcript – 1.21.2019 |
| 18 | Michael Aliberto and CIT 30(b)(6) Deposition Transcript – 3.20.2019 |
| 19 | Deposition Transcript of Tony Michael Riggs – 2.26.2019 |
| 20 | Theo Ciupitu and JCT 30(b)(6) Deposition Transcript – 2.27.2019 |
| 21 | Second Amended Joint Plan, Georgia Bankruptcy Case dated 4.2007 (deposition Exhibit 398) |
| 22 | Allied Lender Presentation dated 4.2007 |
| 23 | Deposition Transcript of Jonathan Macey – 1.8.2020 |
| 24 | Spectrum website homepage (deposition Exhibit 206) |

| 25 | Black Diamond CLO Allied Debt Schedule (deposition Exhibit 416) |
| 26 | BDCM Opportunity Fund II Allied Debt Schedule (deposition Exhibit 417) |
| 27 | Spectrum Allied Debt Schedule (deposition Exhibit 481) |
| 28 | Yucaipa Investment Committee Memorandum dated 2.3.2006 (deposition Exhibit 586) |
| 29 | Email from J. Pelletier, dated 2.11.2010 (deposition Exhibit 560) |
| 30 | Declaration of Derex Walker dated 7.23.2013, filed at Dkt. No. 262 in Case No. 13-50530 (deposition Exhibit 588) |
| 31 | Email from M. Riggs dated 01.28.2009 |
| 32 | Monitoring and Management Services Agreement dated 5.27.2007 (deposition Exhibit 593) |
| 33 | First Lien Credit Agreement dated 5.15.2007 (deposition Exhibit 133) |
| 34 | Second Lien Credit Agreement dated 5.15.2007 |
| 35 | Expert Report of Daniel R. Fischel dated 9.27.2019 |
| 36 | Allied Consolidated Financial Statements dated 9.23.2009 |
| 37 | Allied Consolidated Financial Statements dated 5.27.2010 |
| 38 | Email from D. Walker dated 2.18.2008 (deposition Exhibit 137) |
| 39 | Email from D. Walker dated 1.30.2008 (deposition Exhibit 604) |
| 40 | Email from D. Walker dated 2.18.2008 (deposition Exhibit 606) |
| 41 | Third Amendment to FLCA dated 4.17.2008 (deposition Exhibit 136) |
| 42 | Third Amendment to SLCA dated 4.30.2008 |
| 43 | Allied Board Meeting Minutes dated 3.31.2008 (deposition Exhibit 284) |
| 44 | Allied Special Committee Meeting Minutes dated 4.28.2008 (deposition Exhibit 319) |
| 45 | Resolutions for Special Committee Meeting dated 4.28.2008 (deposition Exhibit 321) |
| 46 | Yucaipa Allied Second Lien Debt Schedule (deposition Exhibit 615) |
| 47 | Notice of default letter dated 8.15.2008 (deposition Exhibit 149) |
| 48 | Allied Business Update Presentation to Lenders dated 8.13.2008 (deposition Exhibit 148) |
| 49 | Forbearance Agreement dated 9.24.2008 (deposition Exhibit 152) |

| 50 | Amendment to Forbearance Agreement dated 10.23.2008 (deposition Exhibit 158) |
| 51 | Allied Board Meeting Minutes dated 12.10.2008 (deposition Exhibit 327) |
| 52 | Email from J. Schaffer dated 12.24.2008 (deposition Exhibit 228) |
| 53 | Email from M. Scott dated 12.26.2008 (deposition Exhibit 230) |
| 54 | Resolutions of Board of Directors dated 12.10.2008 (deposition Exhibit 328) |
| 55 | Allied Special Committee Meeting Minutes dated 12.10.2008 |
| 56 | Email from M. Bilbao dated 2.2.2009 (deposition Exhibit 623) |
| 57 | Tender Offer dated 2.4.2009 (deposition Exhibit 170) |
| 58 | Notice of Assignment of debt to ComVest dated 2.19.2009 (deposition Exhibit 10) |
| 59 | Email from H. Dempster dated 2.21.2009 (deposition Exhibit 46) |
| 60 | Email from T. Mike Riggs dated 1.18.2009 (deposition Exhibit 6) |
| 61 | Letter from T. Michael Riggs to Allied Lenders dated 2.3.2009 (deposition Exhibit 8) |
| 62 | Email from R. Ehrlich dated 7.29.2009 |
| 63 | Allied Board Meeting Minutes dated 3.6.2009 (deposition Exhibit 292) |
| 64 | Deposition Transcript of Scott Macaulay in Case No. 2009CV177574 – 11.4.2010 |
| 65 | Email from D. Walker dated 7.24.2009 (deposition Exhibit 71) |
| 66 | Fax from R. Burkle dated 12.4.2009 (deposition Exhibit 757) |
| 67 | Email from D. Walker dated 3.6.2009 (deposition Exhibit 51) |
| 68 | Email from N. Davies dated 8.2.2009 (Davies deposition Exhibit 6)[1] |
| 69 | Email from M. Nelson dated 10.20.2009 (Davies deposition Exhibit 4) |
| 70 | Email from M. Falk dated 8.6.2009 (deposition Exhibit 23) |
| 71 | Email from M. Hughes dated 7.14.2009 (deposition Exhibit 57) |
| 72 | Email from M. Hughes dated 7.31.2009 (deposition Exhibit 58) |
| 73 | Email from M. Hughes dated 8.3.2009 (deposition Exhibit 59) |

---

[1] Although the majority of deposition exhibits introduced in connection with these matters were marked seriatim, some exhibits were marked before the parties moved to seriatim numbering, which resulted in a small amount of duplicate deposition exhibit numbers.

| 74 | Allied Special Committee Meeting Minutes dated 3.6.2009 (deposition Exhibit 335) |
| 75 | Allied Board Meeting Minutes dated 8.3.2009 (deposition Exhibit 299) |
| 76 | Troutman Sanders Opinion Letter dated 8.20.2009 (deposition Exhibit 339) |
| 77 | Resolutions for Meeting of Board of Directors dated 8.19.2009 (deposition Exhibit 338) |
| 78 | Outlook meeting request from M. Vargas dated 8.19.2009 (deposition Exhibit 353) |
| 79 | Fourth Amendment to FLCA dated 8.21.2009 (deposition Exhibit 26) |
| 80 | Assignment and Assumption Agreement dated 8.21.2009 (deposition Exhibit 25) |
| 81 | Loan Purchase Agreement dated 8.21.2009 (deposition Exhibit 408) |
| 82 | Email from R. Ehrlich dated 9.17.2009 (deposition Exhibit 246) |
| 83 | Email from J. Schaffer dated 9.29.2009 (deposition Exhibit 247) |
| 84 | Email from R. Ehrlich dated 8.21.2009 (deposition Exhibit 439) |
| 85 | Ropes & Gray Letter to Patton Boggs dated 9.18.2009 (deposition Exhibit 443) |
| 86 | Deposition Transcript of R. Ehrlich dated 5.4.2011 (deposition Exhibit 478) |
| 87 | Email from S. Moeller-Sally dated 9.10.2009 (deposition Exhibit 245) |
| 88 | Email from J. Schaffer dated 4.27.2009 (deposition Exhibit 189) |
| 89 | Email from R. Ehrlich dated 8.18.2009 (deposition Exhibit 436) |
| 90 | Kasowitz Letter to Patton Boggs dated 10.26.2009 |
| 91 | Patton Boggs Letter to Kasowitz dated 10.29.2009 |
| 92 | Email from R. Ehrlich dated 10.30.2009 (deposition Exhibit 446) |
| 93 | Verified Complaint, Case No. 2009CV177574 dated 11.13.2009 (deposition Exhibit 630) |
| 94 | Settlement Agreement and Mutual Limited Releases dated 12.5.2011 (deposition Exhibit 198) |
| 95 | Email from R. Ehrlich dated 2.10.2012 (deposition Exhibit 469) |
| 96 | Draft Term Sheet dated 12.15.2011 (deposition Exhibit 89) |
| 97 | Email from T. Ciupitu dated 12.19.2011 (deposition Exhibit 90) |
| 98 | Email from M. Aliberto dated 2.10.2012 (deposition Exhibit 184) |
| 99 | Yucaipa-JCT Term Sheet dated 3.8.2012 (deposition Exhibit 85) |

| 100 | Email from M. Riggs dated 1.18.2012 (deposition Exhibit 91) |
| 101 | Email from T. Ciupitu dated 3.8.2012 (deposition Exhibit 86) |
| 102 | Email from R. Ehrlich dated 5.17.2012 (deposition Exhibit 88) |
| 103 | Email from T. Ciupitu dated 5.10.2012 (deposition Exhibit 123) |
| 104 | Email from D. Walker dated 12.15.2011 (deposition Exhibit 637) |
| 105 | Email from T. Ciupitu dated 4.17.2012 (deposition Exhibit 127) |
| 106 | Notice of Subpoena Directed to ASHINC Litigation Trust dated 5.24.2019 (deposition Exhibit 783) |
| 107 | Expert Report of Jeffrey M. Risius dated 9.27.2019 (deposition Exhibit 832) |
| 108 | Litigation Trust Agreement dated 9.8.2015 (deposition Exhibit 385) |
| 109 | Black Diamond's Supplemental Responses and Objections to Derex Walker's First Set of Interrogatories dated 1.6.2017 |
| 110 | Committee Responses and Objections to Yucaipa's Interrogatories dated 3.22.2013 |
| 111 | Committee Responses and Objections to Certain Director Defendant's Interrogatories dated 3.2.2013 |
| 112 | Email from D. Walker dated 6.27.2009 |
| 113 | Email from D. Walker dated 6.25.2009 |
| 114 | Allied Board Meeting Minutes dated 8.1.2007 |
| 115 | Email from J. Opdeweegh dated 9.18.2008 |
| 116 | Email from F. Wellens dated 10.10.2008 |
| 117 | Project I75 Summary dated 9.26.2008 |
| 118 | Email from S. Bond dated 10.17.2008 |
| 119 | Allied Board Meeting Minutes dated 7.29.2010 |
| 120 | Black Diamond's Responses and Objections to Derex Walker's First Set of Interrogatories dated 8.31.2015 |
| 121 | Spectrum's Responses and Objections to Derex Walker's First Set of Interrogatories dated 8.31.2015 |
| 122 | Expert Report of Jonathan R. Macey dated 9.27.2019 |

| 123 | Secured Super-Priority Debtor in Possession and Exit Credit and Guaranty Agreement dated 3.30.2007 |
|-----|---|
| 124 | Involuntary Petition Case No. 12-11564 dated 5.17.2012 |
| 125 | Voluntary Petition filed in Case No. 05-12515 dated 7.31.2005 |
| 126 | Joint Plan of Reorganization filed in Case No. 05-12515 dated 3.2.2007 |
| 127 | Disclosure Statement for Second Amended Joint Plan filed in Case No. 05-12515 dated 4.6.2007 |
| 128 | Order Confirming Second Amended Joint Plan filed in Case No. 05-12515 dated 5.18.07 |
| 129 | Notice of Filing Plan Supplement filed in Case No. 05-12515 4.24.07 |
| 130 | Summons and Complaint filed in Case No. 12-650150 dated 1.18.12 |
| 131 | Motion for Entry of Order directing joint administration of Ch. 11 cases filed in Case No. 12-11564 dated 6.10.12 |
| 132 | Transcript of 2.27.2013 Hearing Re: BD/S Motion to Dismiss Amended Cross-Claim filed in Case No. 12-11564 |
| 133 | Memo of P & A's ISO Cross-Claim filed in Case No 12-50947 dated 1.25.2013 |
| 134 | Order Granting Black Diamond's Motion to Dismiss Amended Cross Claim filed in Case No. 12-50947 dated 2.27.13 |
| 135 | Letter from Judge Owens Re: discovery dispute filed in Case No. 13-50530 dated 1.9.20 |
| 136 | Black Diamond's Reply ISO Motion to Dismiss Amended Cross Claim filed in Case No. 12-50947 dated 2.21.13 |
| 137 | Transcript of 7.30.2013 Hearing Re: Motion for Summary Judgment filed in Case No. 12-50947 |
| 138 | Opinion Re: Motion to Dismiss Yucaipa's Counterclaim filed in Case No. 14-50971 dated 8.21.15 |
| 139 | Order Confirming the Joint Plan of Reorganization filed in Case No. 12-11564 dated 12.9.15 |
| 140 | Notice of Effective Date of Joint Plan of Reorganization filed in Case No. 12-11564 dated 12.21.16 |
| 141 | Catherine Youngman and ASHINC Litigation Trust 30(b)(6) Deposition Transcript – 5.1.2019 |
| 142 | Director Defendants' Responses and Objections to Black Diamond's Interrogatories, dated 3.29.2016 |

| 143 | J. Opdeweegh Resignation dated 10.09.2009 (deposition Exhibit 302) |
| 144 | Allied Board Minutes of Action dated 11.4.2009 (deposition Exhibit 556) |
| 145 | Black Diamond's Responses and Objections to Yucaipa's First Set of Interrogatories dated 8.31.2015 |
| 146 | Spectrum's Responses and Objections to Yucaipa's Fist Set of Interrogatories dated 8.31.2015 |
| 147 | Black Diamond's Responses and Objections to Jos Opdeweegh First Set of Interrogatories dated 8.31.2015 |
| 148 | Spectrum's Responses and Objections to Jos Opdeweegh Fist Set of Interrogatories dated 8.31.2015 |
| 149 | Black Diamond's Responses and Objections to Yucaipa Defendants' April 26, 2016 Interrogatories dated 8.30.2016 |