## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*[1],<br><br>                     Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>              Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>              Intervenors,<br><br>              v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>              Defendants. | Adv. Proc. No. 13-50530 (CSS)<br><br>**Ref. Docket Nos. 339, 364, 373, 393, 401, 409, 419, 422, 446, 480, 515, 590, 645, 674, 680, 684, 736, 738, 742, 744, 746, 758, 780 & 783** |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,

      Plaintiff,

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,

      Defendants.

Adv. Pro. No. 14-50971 (CSS)

**Ref. Docket Nos. 24, 85, 102, 116, 181, 207, 217, 221, 239, 267, 293 & 356, 402, 438, 444, 448, 486, 488, 490, 492, 503 & 524**

## CERTIFICATION OF COUNSEL REGARDING STIPULATION ADJOURNING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS

The undersigned counsel to Plaintiff Catherine E. Youngman, as Litigation Trustee for

ASHINC Corporation and related debtors (the "**Litigation Trustee**") hereby certifies as follows:

  1.  On May 1, 2020, Defendant Mark Gendregske filed his motion for summary

judgment (the "**Gendregske Motion**"). *See* [Adv. Case No. 13-50530 D.I. 707].

  2.  On May 1, 2020, the Litigation Trustee and Yucaipa[2] (together with Gendregske,

the "**Stipulating Parties**") filed their respective Motions for Summary Judgment (the

---

[2]  "**Yucaipa**" refers collectively to Defendants Ronald Burkle; Jos Opdeweegh; Derex Walker; Jeff Pelletier; and Ira Tochner (collectively, the "**Individual Yucaipa Defendants**"); Yucaipa American Alliance Fund I, L.P.; and Yucaipa American Alliance (Parallel) Fund I, L.P.

"**Yucaipa/Trustee Motions**," and collectively with the Gendregske Motion, the "**Summary Judgment Motions**") in the above-captioned adversary proceedings.  *See* [Adv. Case No. 13-50530 D.I. 696, 698 & 705/Adv. Case No. 14-50971 D.I. 453, 455 & 462].

3.      On September 16, 2020, the Court entered an Order that, among other things, set the deadline for the Litigation Trustee's and Yucaipa's respective replies to the Yucaipa/Trustee Motions for November 2, 2020; the Litigation Trustee's opposition to the Gendregske Motion for October 16, 2020; and the reply in further support of the Gendregske Motion for November 12, 2020 [Adv. Case No. 13-50530 D.I. 783/Adv. Case No. 14-50971 D.I. 524].

4.      The Stipulating Parties have been actively engaged in settlement discussions and have reached an agreement in principle to resolve the Litigation Trustee's claims against Mr. Gendregske and the Individual Yucaipa Defendants.  The Stipulating Parties are continuing to finalize the releases and other non-monetary terms of a settlement agreement.  Accordingly, to avoid wasting judicial resources by briefing and arguing claims that may potentially be resolved, the Stipulating Parties have agreed to adjourn the upcoming deadlines with respect to the Summary Judgment Motions as set forth in the stipulation (the "**Stipulation**") attached as **Exhibit 1** to the proposed order (the "**Proposed Order**") attached hereto as **Exhibit A**.

5.      The Stipulating Parties request that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

6.      Mr. Gendregske has requested that the following statement be included in the certification: Mr. Gendregske does not consent to the entry of final orders or judgments by the Court as the Court has determined that it, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[*Signature Page Follows*]

Dated: October 9, 2020

FOX ROTHSCHILD LLP

By:       */s/ Seth A. Niederman*

Seth A. Niederman (No. 4588)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
sniederman@roxrothschild.com

-and-

JOSEPH HAGE AARONSON LLC
Gregory P. Joseph
Douglas J. Pepe
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1200
gjoseph@jha.com

-and-

ZAIGER LLC
Jeffrey H. Zaiger
432 Park Avenue, Suite 19A
New York, NY 10022
Telephone: (917) 572-7701
jzaiger@zaigerllc.com

*Counsel for Litigation Trustee*

# EXHIBIT A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*,[1] | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS | Adv. Proc. No. 13-50530 (CSS) |
| Plaintiff, | **Ref. Docket Nos. 339, 364, 373, 393, 401, 409, 419, 422, 446, 480, 515, 590, 645, 674, 680, 684, 736, 738, 742, 744, 746, 758, 780 & 783** |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | |
| Defendants. | |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                         Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                         Defendants. | Adv. Pro. No. 14-50971 (CSS)<br><br><br>**Ref. Docket Nos. 24, 85, 102, 116, 181, 207, 217, 221, 239, 267, 293 & 356, 402, 438, 444, 448, 486, 488, 490, 492, 503 & 524** |

## ORDER APPROVING STIPULATION ADJOURNING
## BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS

**IT IS HEREBY ORDERED THAT** the Stipulation between the Litigation Trustee,

Mark Gendregske, and Yucaipa attached hereto as **Exhibit 1** is approved.

**IT IS HEREBY FURTHER ORDERED THAT** nothing in this Order will affect any

other deadlines in the Agreed Amended Scheduling Order, or the agreed and Court-approved

date for oral argument on the Summary Judgment Motions on January 12, 2021.

# <u>EXHIBIT 1</u>

# Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*,[1] | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS | Adv. Proc. No. 13-50530 (CSS) |
| Plaintiff, | **Ref. Docket Nos. 339, 364, 373, 393, 401, 409, 419, 422, 446, 480, 515, 590, 645, 674, 680, 684, 736, 738, 742, 744, 746, 758, 780 & 783** |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | |
| Defendants. | |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                    Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                    Defendants. | Adv. Pro. No. 14-50971 (CSS)<br><br><br>**Ref. Docket Nos. 24, 85, 102, 116, 181, 207, 217, 221, 239, 267, 293 & 356, 402, 438, 444, 448, 486, 488, 490, 492, 503 & 524** |

## STIPULATION ADJOURNING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS

Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors (the "**Litigation Trustee**"), Mark Gendregske, and Yucaipa[2] (collectively, the "**Stipulating Parties**"), hereby stipulate and agree as follows (the "**Stipulation**"):

1.    On May 1, 2020, Mr. Gendregske filed his motion for summary judgment (the "**Gendregske Motion**").  *See* [Adv. Case No. 13-50530 D.I. 707].

---

[2]    "**Yucaipa**" refers collectively to Defendants Ronald Burkle; Jos Opdeweegh; Derex Walker; Jeff Pelletier; and Ira Tochner (collectively, the "**Individual Yucaipa Defendants**"); Yucaipa American Alliance Fund I, L.P.; and Yucaipa American Alliance (Parallel) Fund I, L.P.

2.      On May 1, 2020, Yucaipa and the Litigation Trustee filed their respective Motions for Summary Judgment (the "**Yucaipa/Trustee Motions**," and collectively with the Gendregske Motion, the "**Summary Judgment Motions**") in the above-captioned adversary proceedings. *See* [Adv. Case No. 13-50530 D.I. 696, 698, & 705/Adv. Case No. 14-50971 D.I. 453, 455, & 462].

3.      On September 16, 2020, the Court entered an Order that, among other things, set the deadline for the Litigation Trustee's and Yucaipa's respective replies to the Yucaipa/Trustee Motions for November 2, 2020; the Litigation Trustee's opposition to the Gendregske Motion for October 16, 2020; and the reply in further support of the Gendregske Motion for November 12, 2020 [Adv. Case No. 13-50530 D.I. 783/Adv. Case No. 14-50971 D.I. 524].

4.      The Stipulating Parties have been actively engaged in settlement discussions and have reached an agreement in principle to resolve the Litigation Trustee's claims against Mr. Gendregske and the Individual Yucaipa Defendants.  The Stipulating Parties are continuing to finalize the releases and other non-monetary terms of a settlement agreement.  Accordingly, to avoid wasting judicial resources by briefing and arguing claims that may potentially be resolved, the Stipulating Parties have agreed to adjourn the upcoming deadlines with respect to the Summary Judgment Motions as follows:

> a.  Replies in further support of the Yucaipa/Trustee Motions due by November 16, 2020.
>
> b.  Opposition to Gendregske Motion due by November 23, 2020;
>
> c.  Reply in further support of Gendregske Motion due by December 21, 2020.

5.      The briefing schedule concerning the Summary Judgment Motions set forth in Paragraph 4 above supersedes any previously entered or requested briefing schedules concerning such motions.

6.      Nothing in this Stipulation will affect any other deadlines in the Agreed Amended Scheduling Order, the agreed and Court-approved date for oral argument on the Summary Judgment Motions on January 12, 2021, or the page limits for dispositive motions, oppositions, and replies previously set by this Court.

7.      Mr. Gendregske does not consent to the entry of final orders or judgments by the Court as the Court has determined that it, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

8.      The Stipulating Parties respectfully request that the Court enter an order approving this Stipulation at its earliest convenience.

[*Signature Page Follows*]

Dated: October 9, 2020
Wilmington, Delaware


STIPULATED AND AGREED:


FOX ROTHSCHILD LLP

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Email:  sniederman@foxrothschild.com


-and-

JOSEPH HAGE AARONSON LLC
Gregory P. Joseph
Douglas J. Pepe
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1200
Email: gjoseph@jha.com


-and-

ZAIGER LLC
Jeffrey H. Zaiger
432 Park Avenue, Suite 19ª
New York, NY 10022
Telephone: (917) 572-7701
Email: jzaiger@zaigerllc.com

*Counsel for Litigation Trustee*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Michael R. Nestor (No. 3526)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  mnestor@ycst.com
          mneiburg@ycst.com


-and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Maurice M. Suh
Kahn Scolnick
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
Email: rklyman@gibsondunn.com

*Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (DE Bar No. 3376)
Tamara K. Mann (DE Bar No. 5643)
1201 N. Market Street, Suite 1600
PO Box 1347
Wilmington, DE 19801
Tel.: (302) 658-9200
Fax: (302) 658-3989
dabbot@mnat.com

-and-

ARNOLD & PORTER
KAYE SCHOLER LLP
John Massaro
Ian S. Hoffman
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000

*Counsel for Mark Gendregske*