# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ASHINC Corporation, *et al.*,[1]<br>        Debtors. | Chapter 11<br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>        Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>        Defendants. | Adv. Pro. No. 14-50971 (CSS) |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors, and Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., Jos Opdeweegh, Derex Walker, Ira Tochner, Jeff Pelletier, and Ronald Burkle, hereby stipulate and agree that the above-captioned adversary proceeding is dismissed with prejudice in its entirety solely with respect to Defendants Jos Opdeweegh, Derex Walker, Ira Tochner, Jeff Pelletier, and Joseph Tomczak.[2]

[*Signature Page Follows*]

---

[2] The adversary proceeding was previously dismissed against Defendant Joseph Tomczak without prejudice [D.I. 449]. It is now dismissed against him with prejudice.

Dated: December 1, 2020
Wilmington, Delaware

STIPULATED AND AGREED:

| | |
|---|---|
| FOX ROTHSCHILD LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Seth A. Niederman* | */s/ Michael S. Neiburg* |
| Seth A. Niederman (No. 4588) | Michael R. Nestor (No. 3526) |
| Citizens Bank Center | Michael S. Neiburg (No. 5275) |
| 919 North Market Street, Suite 300 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 654-7444 | Telephone: (302) 571-6600 |
| Email: sniederman@foxrothschild.com | Facsimile: (302) 571-1253 |
| | Email: mnestor@ycst.com |
| -and- | mneiburg@ycst.com |
| JOSEPH HAGE AARONSON LLC | -and- |
| Gregory P. Joseph | |
| Douglas J. Pepe | GIBSON, DUNN & CRUTCHER LLP |
| Gila S. Singer | Robert A. Klyman |
| 485 Lexington Avenue, 30th Floor | Maurice M. Suh |
| New York, NY 10017 | Kahn Scolnick |
| Telephone: (212) 407-1200 | 333 South Grand Avenue |
| Email: gjoseph@jha.com | Los Angeles, CA 90071 |
| | Telephone: (213) 229-7000 |
| -and- | Email: rklyman@gibsondunn.com |
| ZAIGER LLC | *Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner* |
| Jeffrey H. Zaiger | |
| 432 Park Avenue, Suite 19A | |
| New York, NY 10022 | |
| Telephone: (917) 572-7701 | |
| Email: jzaiger@zaigerllc.com | |
| | |
| *Counsel for Litigation Trustee* | |