# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>                      Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>                      Intervenors,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                      Defendants. | Adv. Proc. No. 13-50530 (CSS) |

---

[1]     The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

1

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                      Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                      Defendants. | Adv. Proc. No. 14-50971 (CSS) |

**DECLARATION OF GILA S. SINGER IN SUPPORT OF
LITIGATION TRUSTEE'S REPLY MEMORANDUM IN FURTHER SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, GILA S. SINGER, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am attorney admitted *pro hac vice* to practice before this Court and an associate of the law firm Joseph Hage Aaronson LLC, counsel to Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "**Trustee**"). I submit this declaration on my own knowledge and belief in support of the Trustee's reply in further support of her Motion for Partial Summary Judgment (the "**Motion**").

    2.    I incorporate by reference my Declaration, dated May 1, 2020, submitted in support of the Motion (Adv. Proc. No. 13-50530, D.I. 713; Adv. Proc. No. 14-50971, D.I. 466),

and the attached exhibits 1 through 109.

3.   I further incorporate by reference my Declaration, dated August 21, 2020, submitted in support of the Trustee's oppositions to the motions for summary judgment by Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.; and Defendants Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner (Adv. Proc. No. 13-50530, D.I. 772; Adv. Proc. No. 14-50971, D.I. 516), and the attached exhibits 110 through 149.

4.   Attached are true and correct copies of the following additional documents cited in the Trustee's reply memorandum of law in further support of the Motion:

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 150 | 8/19/2009 | Email from M. Gendregske to B. Cullen, et al., re Emergency Call | AHS00136471-73 | 352 |
| 151 | 8/19/2009 | Email from J. Blount to R. O'Shea re Signature Pages Needed | YUCAIPA1029428-29 | |
| 152 | 1/9/2010 | Email from R. Burkle to I. Tochner | YUCAIPA722745-46 | 716 |
| 153 | 12/29/2011 | Letter from R. Bermingham to ComVest Investment Partners III, L.P. (Attn: M. Hughes) | YUCAIPA1036297 | 67 |
| 154 | 5/17/2012 | CM_ECF Filing Confirmation | | |
| 155 | 12/16/2019 | Transcript of Deposition of Daniel R. Fischel, Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      December 18, 2020

_____
Gila S. Singer (admitted *pro hac vice*)
Joseph Hage Aaronson LLC
485 Lexington Avenue, 30th Floor
New York, NY  10017
Tel: (212) 407-1242