Declaration of Gila S. Singer in Support of Litigation Trustee's Reply Memorandum in Further Support of Motion for Partial Summary Judgment

**Exhibits 150 – 155**

**Filed Under Seal**

Active\117277285.v1-12/18/20