IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>Intervenors,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>Defendants. | Adv. Proc. No. 13-50530 |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 14-50971 (CSS) |

## DECLARATION OF RICHARD A. EHRLICH

RICHARD A. EHRLICH, being duly sworn, deposes and says:

1. I am a Managing Director of Black Diamond Capital Management, L.L.C., which through its affiliated entities is the investment manager for BDCM Opportunity Fund II, LP and Black Diamond CLO 2005-1 Ltd. ("**Black Diamond**"). I submit this Declaration in support of the Litigation Trustee's Reply in Further Support of Her Partial Motion for Summary Judgment. The information contained in this Declaration is of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Between May 14, 2012 and May 17, 2012, Black Diamond and Spectrum ("BD/S"), together with our shared counsel at Schulte Roth & Zabel, participated on multiple

calls with representatives from Yucaipa and Yucaipa's counsel. These calls were to address BD/S's understanding that Yucaipa had been negotiating to sell its Allied debt holdings to Jack Cooper Transport ("JCT") at a substantially higher price to what JCT was contemporaneously offering to BD/S. BD/S participated on these calls because it wanted to know whether Yucaipa was prepared to renegotiate its deal with JCT to ensure BD/S received equal and ratable treatment on account of its Allied debt holdings, and to commit that BD/S would receive equal and ratable treatment in any transaction of Allied's First Lien debt (with JCT or otherwise).

3. I understand that Yucaipa contends in these proceedings that Yucaipa and BD/S agreed in the course of these discussions leading up to the bankruptcy filing "to formulate and submit to JCT an offer to sell, transfer and otherwise dispose to the JCT Entities all of the Lenders Claims at 107% of par" and that "all Lenders would be treated ratably" (Opp. at 24). This contention is untrue.

4. Yucaipa never agreed, in principle or otherwise, that BD/S or other Allied Lenders would receive equal and ratable treatment in connection with a transaction with JCT, or any other transaction relating to Allied First Lien debt.

5. On May 16, 2012, BD/S's counsel circulated a draft agreement to Yucaipa that would have provided for equal and ratable treatment. BD/S's counsel asked Yucaipa's counsel for any comments by 11:00 a.m. the following day because Allied and Yucaipa's previous agreement not to file any voluntary bankruptcy was set to expire at noon on May 17, 2012.

6. In the early morning on May 17, 2012, Derex Walker (of Yucaipa) wrote me an email saying that "Ron [Burkle] is reaching out to Steve Deckoff. We'll be in touch re: the lock-up after they've connected." A true and correct copy of that email is attached as **Exhibit A**.

7. Yucaipa did not provide any comments to BD/S by 11:00 a.m. on May 17, 2012,

nor had Ron Burkle called Steve Deckoff. Yucaipa and Allied, however, did agree to extend the deadline of their representations that they would not cause Allied to commence bankruptcy until 5:00 p.m. EST on May 17, 2012.

8. Throughout the day on May 17, 2012, I was routinely communicating with Steve Deckoff to find out if he had heard from Ron Burkle regarding Allied. Mr. Deckoff confirmed to me that he did not hear from Mr. Burkle at all on May 17, 2012.

9. After the 5:00 p.m. deadline on May 17, 2012 came and passed without word from Yucaipa, BD/S authorized its counsel to file for involuntary bankruptcy and to move for the appointment of a Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2020

*[signature]*
Richard Ehrlich