# Declaration of Richard A. Ehrlich in Support of Litigation Trustee's Reply Memorandum in Further Support of Motion for Partial Summary Judgment

## Exhibit A

## Filed Under Seal