# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>     Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>     Intervenors,<br><br>     v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>     Defendants. | Adv. Proc. No. 13-50530 (CSS) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 | Adv. Pro. No. 14-50971 (CSS) |

---

[1]   The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

124145193.1

LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,

                Plaintiff,

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,

                Defendants.

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ORAL ARGUMENT ON JULY 6, 2021 AT 1:00 P.M. (EASTERN TIME)

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://protect-us.mimecast.com/s/K6EiCkRoNRfk0lDXi2AdI9**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I.**    **MATTERS GOING FORWARD - ORAL ARGUMENT – Adv. Proc. 13-50530 CSS**

1. Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) [Docket No. 845; Filed on June 25, 2021]

    Related Documents:

        A.    Emergency Motion to Shorten Notice and Schedule Hearing on Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of

                Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) [Docket No. 848 848; Filed June 25, 2021]

        B.    Order Granting Emergency Motion to Shorten Notice and Schedule Hearing on Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) [Docket No. 849; Filed June 25, 2021]

        C.    Notice of Hearing Regarding Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) [Docket No. 850; filed June 25, 2021]

    Responses Received:  The deadline for objections to be filed is July 2, 2021 at 4:00 p.m. Eastern.

    Status:    This matter will go forward.

## II. MATTERS GOING FORWARD - ORAL ARGUMENT – Adv. Proc. 14-50971 CSS

1. Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) [Docket No. 583; Filed on June 25, 2021] (Please see Tab 1.)

    Related Documents:

        A.    Emergency Motion to Shorten Notice and Schedule Hearing on Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) [Docket No. 584; Filed June 25, 2021] (Please see Tab 1, A.)

        B.    Order Granting Emergency Motion to Shorten Notice and Schedule Hearing on Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) [Docket No. 585; Filed June 25, 2021](Please see Tab 1, B.)

        C.    Notice of Hearing Regarding Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) [Docket No. 586; filed June 25, 2021] (Please see Tab 1, C.)

| | |
|---|---|
| Responses Received: | The deadline for objections to be filed is July 2, 2021 at 4:00 p.m. Eastern. |
| Status: | This matter will go forward. |

Dated: July 1, 2021

        **FOX ROTHSCHILD LLP**

        /s/ *Seth A. Niederman*
        Seth A. Niederman, Esq.
        Delaware Bar No. 4588
        919 North Market Street, Suite 300
        Wilmington, DE  19899-2323
        Telephone (302) 654-7444/Fax (302) 656-8920
        sniederman@foxrothschild.com

        -and-

        **JOSEPH HAGE AARONSON LLC**
        Gregory P. Joseph, Esq.
        Douglas J. Pepe, Esq.
        Gila S. Singer, Esq.
        485 Lexington Avenue, 30th Floor
        New York, NY  10017
        Telephone: (212) 407-1200
        gjoseph@jha.com

        -and-

        **ZAIGER LLC**
        Jeffrey H. Zaiger, Esq.
        432 Park Avenue, Suite 19A
        New York, NY 10022
        Telephone: (917) 572-7701

        *Attorneys for Litigation Trustee*

124145193.1