IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 2**

IN RE:  In Re: ASHINC Corporation, et al.

|  |  |
|---|---|
| Catherine E. Youngman, *Litigation Trustee for ASHINC Corp., et al.*, as successor to BDCM Opportunity Fund II, LP,   Spectrum Commerical Finance LLC, *as co-administrative agent,* Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., *as co-administrative agent* | Civil Action No.   21-cv-1060  Bankruptcy Case No. 12-11564 (CSS)  Adversary Case No. 14-50971 (CSS) |
| v. |  |
| Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. |  |

**NOTICE OF DOCKETING**

Proposed Findings of Fact/Conclusions of Law of the U.S. Bankruptcy Court dated 05/04/2021, were docketed in the District Court on 07/23/2021.

Please place the civil action number,  assigned  Judge's initials with caption listed above on all papers concerning this matter.  Rule 9033 of the Federal Rules of Bankruptcy Procedure applies to Review of Proposed Findings of Fact and Conclusions of Law in Non-Core Proceedings.  **When filing any documents related to this matter, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of said document(s)**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

John A. Cerino
Clerk of Court

Date:  07/23/2021
To:    U.S. Bankruptcy Court
       Counsel