## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*[1],<br><br>               Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>       Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>       Intervenors,<br><br>       v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>       Defendants. | Adv. Proc. No. 13-50530 (CSS) |

---

[1]      The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

CATHERINE E. YOUNGMAN, LITIGATION
TRUSTEE FOR ASHINC CORPORATION, ET AL.,
AS SUCCESSOR TO BDCM OPPORTUNITY
FUND II, LP, BLACK DIAMOND CLO 2005-1
LTD., SPECTRUM INVESTMENT PARTNERS,
L.P., BLACK DIAMOND COMMERCIAL
FINANCE, L.L.C., as co-administrative agent, and
SPECTRUM COMMERCIAL FINANCE LLC, as
co-administrative agent,

Adv. Pro. No. 14-50971 (CSS)

Plaintiff,

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P.,
and YUCAIPA AMERICAN ALLIANCE
(PARALLEL) FUND I, L.P.,

Defendants.

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ORAL ARGUMENT ON SEPTEMBER 14, 2021 AT 10:00 A.M. (EASTERN TIME)

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING BY
SEPTEMBER 13, 2021 AT 12:00 P.M. (EASTERN TIME):**

https://debuscourts.zoomgov.com/meeting/register/vJItf-ysrz4sHNOILHx76cb52LEaSnF-FZM

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

126128841.1

## MATTERS GOING FORWARD - ORAL ARGUMENT – Adv. Proc. 13-50530 CSS

1.  Motion of the Litigation Trustee to Permit Registration of Judgment [Docket No. 873; Filed on August 10, 2021]

    Related Documents:

    A.  Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.S Objection to Motion of the Liquidation Trustee to Permit Registration of Judgment [Docket No. 874 ; Filed August 23, 2021]

    B.  Reply In Further Support Of The Litigation Trustee's Motion To Permit Registration Of Judgment [Docket No. 875; Filed August 30, 2021]

    C.  Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Request for Oral Argument [Docket No. 876; Filed September 1, 2021]

    D.  Notice Of Completion Of Briefing On Motion Of The Litigation Trustee To Permit Registration Of Judgment [Docket No. 877; filed September 2, 2021]

    Status:      This matter will go forward.

## MATTERS GOING FORWARD - ORAL ARGUMENT – Adv. Proc. 14-50971 CSS

2.  Motion of the Litigation Trustee to Permit Registration of Judgment [Docket No. 611; Filed on August 10, 2021]

    Related Documents:

    A.  Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.S Objection to Motion of the Liquidation Trustee to Permit Registration of Judgment [Docket No. 612; Filed August 23, 2021]

    B.  Reply In Further Support Of The Litigation Trustee's Motion To Permit Registration Of Judgment [Docket No. 613; Filed August 30, 2021]

    C.      Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Request for Oral Argument [Docket No. 614; Filed September 1, 2021]

    D.      Notice Of Completion Of Briefing On Motion Of The Litigation Trustee To Permit Registration Of Judgment [Docket No. 615; filed September 2, 2021]

<u>Status:</u>      This matter will go forward.

Dated:  September 10, 2021
       Wilmington, DE

**FOX ROTHSCHILD LLP**

/s/ Seth A. Niederman
Seth A. Niederman, Esq.
Delaware Bar No. 4588
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

    -and-

**JOSEPH HAGE AARONSON LLC**
Gregory P. Joseph
Douglas J. Pepe
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY  10017
Tel: (212) 407-1200
gjoseph@jha.com

    -and-

**ZAIGER LLC**
Jeffrey H. Zaiger
432 Park Avenue, Suite 19A
New York, NY 10022
Telephone: (917) 572-7701

*Attorneys for Litigation Trustee*

126128841.1