# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC Corporation, *et al.*, <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 12-11564 (CSS) <br> (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, <br><br>                 Plaintiff, <br><br> BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., <br><br>                 Intervenors, <br><br>                 v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., <br><br>                 Defendants. | Adv. Proc. No. 13-50530 <br><br><br><br> **Ref. Docket No. 873** |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent, <br><br>                 Plaintiff, <br><br>                 v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., <br><br>                 Defendants. | Adv. Pro. No. 14-50971 (CSS) <br><br><br><br> **Ref. Docket 611** |

**ORDER GRANTING THE LITIGATION
<u>TRUSTEE'S MOTION TO PERMIT REGISTRATION OF JUDGMENT</u>**

126312231.1

Upon consideration of the Motion of the ASHINC Litigation Trustee (the "**Trustee**") to Permit Registration of Judgment filed on August 10, 2021 (Adv. No. 13-50530, D.I. 873; Adv. No. 14-50971, D.I. 611) (the "**Motion**"); the Court having reviewed the Motion, Opposition to the Motion filed on August 23, 2021, a Reply in further support of the Motion filed on August 30, 2021, and oral argument having been held on September 14, 2021 and finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, (ii) notice of the Motion was sufficient under the circumstances; and (iii) "good cause" has been shown pursuant to 28 U.S.C. § 1963:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**, and the Trustee is permitted to register a certified copy of this Court's June 23, 2021 Judgment (Adv. No. 13-50530, D.I. 841; Adv. No. 14-50971, D.I. 579) (the "**Judgment**") in the District Courts of California.

2. For reasons addressed on the record during oral argument on the Motion, if the Trustee believes that any additional enforceable assets are located in districts other than California, the Trustee may submit a certificate of counsel (or other evidence), accompanied by a sworn declaration, describing those assets and a proposed order granting permission to register the Judgment in the additional jurisdiction(s) identified pursuant to 28 U.S.C. § 1963. Yucaipa may file an opposition to any such certificate of counsel if it believes it is necessary for the Court's consideration.

3. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: September 16th, 2021
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

126312231.1