# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>    Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>    Intervenors,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>    Defendants. | Adv. Proc. No. 13-50530 (CSS) |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>Defendants. | Adv. Proc. No. 14-50971 (CSS) |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 4th day of October, 2021, I caused a copy of the following document(s) to be served upon on the individuals on the attached service list in the manner indicated:

*MOTION OF YUCAIPA AMERICAN ALLIANCE FUND I, L.P. AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P. FOR ENTRY OF AN ORDER PURSUANT TO 28 U.S.C. § 157(d) AND BANKRUPTCY RULE 5011(a) WITHDRAWING THE REFERENCE OF ADVERSARY PROCEEDINGS*

                                */s/ Laura Davis Jones*
                                Laura Davis Jones (DE Bar No. 2436)

**Youngman et al v. Yucaipa American Alliance Fund I, L.P. et al**
**13-50530-CSS**
**Adv. Service List**
**07 - Email**

**EMAIL**
Catherine E. Youngman, Esq.
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960
cyoungman@foxrothschild.com
(Litigation Trustee)

**EMAIL**
David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035
david.l.buchbinder@usdoj.gov
(U.S. Trustee)

**EMAIL**
Seth A. Niederman, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1600
Wilmington, DE 19801
sniederman@foxrothschild.com
(Litigation Trustee)

**EMAIL**
Douglas J. Pepe, Esq.
Gila S. Singer, Esq.
Joseph Hage Aaronson LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
dpepe@jha.com
gsinger@jha.com
(Litigation Trustee)

**EMAIL**
Jeffrey H. Zaiger, Esq.
Zaiger LLC
432 Park Avenue, Suite 19ª
New York, NY 10022
jzaiger@zaigerllc.com
(Litigation Trustee)

**EMAIL**
Gregory P. Joseph
Joseph Hage Aaronson LLC
485 Lexington Avenue
30th Floor
New York, NY 10017
Email: gjoseph@jha.com
(Litigation Trustee)

**Youngman et al v. Yucaipa American Alliance Fund I, L.P. et al**
14-50971-CSS
Adv. Service List
07-Email

**EMAIL**
Catherine E. Youngman, Esq.
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960
cyoungman@foxrothschild.com
(Litigation Trustee)

**EMAIL**
David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035
david.l.buchbinder@usdoj.gov
(U.S. Trustee)

**EMAIL**
Seth A. Niederman, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1600
Wilmington, DE 19801
sniederman@foxrothschild.com
(Litigation Trustee)

**EMAIL**
Douglas J. Pepe, Esq.
Gila S. Singer, Esq.
Joseph Hage Aaronson LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
dpepe@jha.com
gsinger@jha.com
(Litigation Trustee)

**EMAIL**
Jeffrey H. Zaiger, Esq.
Zaiger LLC
432 Park Avenue, Suite 19[a]
New York, NY 10022
jzaiger@zaigerllc.com
(Litigation Trustee)

**EMAIL**
Gregory P. Joseph
Joseph Hage Aaronson LLC
485 Lexington Avenue
30th Floor
New York, NY 10017
Email: gjoseph@jha.com
(Litigation Trustee)