# **<u>Exhibit 1</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*[1],<br><br>                    Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>                    Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>                    Intervenors,<br><br>                    v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                    Defendants. | Adv. Proc. No. 13-50530 (CSS) |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

126954449.2

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                     Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                     Defendants. | Adv. Pro. No. 14-50971 (CSS) |

## STIPULATED BRIEFING SCHEDULE

This Stipulation is entered into by and between Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors (the "Trustee" or "Plaintiff"), and Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa").

WHEREAS, on October 4, 2021, Yucaipa filed the *Motion of Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. for Entry of an Order Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a) Withdrawing the Reference of Adversary Proceedings* (the "Motion to Withdraw the Reference") [D.I. 625].

WHEREAS, on October 4, 2021, Yucaipa filed *Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Proceedings Pursuant to Bankruptcy Rule 8007(e)* (the "Motion for Stay of Proceedings") [D.I. 626].

WHEREAS, the Trustee and Yucaipa agree to extend the deadlines for briefing on the Motion to Withdraw the Reference and the Motion for Stay of Proceedings, as set forth herein.

NOW, THEREFORE, it is stipulated and agreed to as follows:

1. The Trustee's response to the Motion to Withdraw the Reference and the Motion for Stay of Proceedings shall be due **on or before November 1, 2021**.

2. Yucaipa's reply shall be due **on or before November 22, 2021**.

Date: October 12, 2021

| **FOX ROTHSCHILD LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |
|---|---|
| */s/ Seth A. Niederman* | */s/ Laura Davis Jones* |
| Seth A. Niederman (DE Bar No. 4588) | Laura Davis Jones (DE Bar No. 2436) |
| 919 North Market Street, Suite 300 | David M. Bertenthal (CA Bar No. 167624) |
| Wilmington, DE 19899-2323 | Peter J. Keane (DE Bar No. 5503) |
| Phone (302) 654-7444/Fax (302) 656-8920 | 919 N. Market Street, 17th Floor |
| sniederman@foxrothschild.com | Wilmington, DE 19899-8705 |
| | Phone: (302) 652-4100/Fax: (302) 652-4400 |
| -and- | ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| **JOSEPH HAGE AARONSON LLC** | pkeane@pszjlaw.com |
| Gregory P. Joseph | |
| Douglas J. Pepe | -and- |
| Gila S. Singer | |
| 485 Lexington Avenue, 30th Floor | **GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP** |
| New York, NY 10017 | Patricia L. Glaser (*admitted pro hac vice*) |
| Tel: (212) 407-1200 | Gali Grant (*admitted pro hac vice*) |
| gjoseph@jha.com | Matthew P. Bernstein (*admitted pro hac vice*) |
| | 10250 Constellation Blvd. |
| -and- | 19th Floor |
| | Los Angeles, CA 90067 |
| **ZAIGER LLC** | Telephone: (310) 553-3000 |
| Jeffrey H. Zaiger | Fax: (310) 556-2920 |
| 432 Park Avenue, Suite 19A | pglaser@glaserweil.com |
| New York, NY 10022 | ggrant@glaserweil.com |
| Telephone: (917) 572-7701 | mbernstein@glaserweil.com |
| jzaiger@zaigerllc.com | |
| *Attorneys for Litigation Trustee* | *Attorneys for Yucaipa* |