

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323

Tel (302) 654-7444  Fax (302) 656-8920

www.foxrothschild.com

SETH A. NIEDERMAN
Direct No:  302.622.4238
Email: SNiederman@FoxRothschild.com

January 20, 2022

**BY ELECTRONIC MAIL AND ECF**

The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

**Re:**    ***Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa American Alliance Fund I, L.P., et al.,*** **Adv. Proc. No. 13-50530 (CSS)**
***BDCM Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.*,** **Adv. Proc. No. 14-50971 (CSS)**

Dear Judge Sontchi:

Together with Joseph Hage Aaronson LLC, Zaiger LLC, and Cohen & Gresser LLP, this firm represents Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"), in connection with the above-referenced Adversary Proceedings against Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (together, "Yucaipa").  Trial on the Trustee's remaining claims is now scheduled to begin on March 1, 2022.

On January 11, 2022, the Trustee filed the Litigation Trustee's Motion *in Limine* to Exclude Evidence that the Fourth Amendment was Entered Into in Good Faith and for an Order Clarifying the Scope of Trial [13-50530, D.I. 912; 14-50971, D.I. 647] (the "Trustee's Motion *In Limine*"). Yucaipa has indicated that it will file its response to the Trustee's Motion *In Limine* by January 25, 2022.  The Trustee will file her Reply in further support of the Motion *In Limine* by January 31, 2022.  The Trustee believes that the Court's ruling on the Trustee's Motion *In Limine* may have a significant impact on the remaining pretrial submissions as well as trial preparation and therefore, to the extent Your Honor believes oral argument may assist with adjudicating the Motion *In Limine*, the Trustee respectfully requests one at the Court's earliest convenience.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington

129760061.1



The Honorable Christopher S. Sontchi
United States Bankruptcy Court
January 20, 2022
Page 2

      We are available at the Court's convenience should Your Honor have any questions.

      Respectfully,

      */s/ Seth A. Niederman*
      Seth A. Niederman
      DE Bar No. 4588

cc (*via email*):
Laura Davis Jones, Esq.
Patricia L. Glaser, Esq.
David L. Buchbinder, Esq.

129760061.1