# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC CORPORATION, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, <br><br> Plaintiff, <br><br> BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., <br><br> Intervenors, <br><br> v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., <br><br> Defendants. | Adv. Proc. No. 13-50530 (CSS) |

| |  |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>     Plaintiff,<br><br>     v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>     Defendants. | Adv. Proc. No. 14-50971 (CSS) |

## NOTICE OF APPEAL

Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., (collectively "Yucaipa" or "Defendants"), through their undersigned counsel, appeal under 28 U.S.C. § 158(a) from the order [Adv. Proc. No. 13-50530 (the "Estate Action"), D.I. 935; Adv. Proc. No. 14-50971 (the "Lender Action"), D.I. 670] (the "Order")[1] entered in the above-captioned adversary proceedings (the "Adversary Proceedings") on February 11, 2022, which granted the *Litigation Trustee's Motion in Limine to Exclude Evidence that the Fourth Amendment was Entered Into in Good Faith and for an Order Clarifying the Scope of Trial* [Adv. Proc. No. 13-50530, D.I. 912; Adv. Proc. No. 14-50971, D.I. 647] filed by

---

[1] A copy of the Order is attached to this Notice of Appeal as **Exhibit A**.

2

Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors ("Plaintiff" or "Trustee").

Yucaipa is filing this Notice of Appeal out of an abundance of caution. Yucaipa has expressly withheld its consent to entry of final judgments by the Bankruptcy Court in the Adversary Proceedings,[2] and Yucaipa has appealed the Bankruptcy Court's ruling on cross motions for summary judgment by Defendants and the Plaintiff, which appeals are now pending in the District Court.[3] Yucaipa files this Notice of Appeal to preserve its right to appellate review of the Order.

---

[2] *See, e.g.*, Estate Action, D.I. 416, 429, 696, 891; Lender Action, D.I. 19, 453, 626.

[3] *See* 21-cv-994 (CFC) and 21-cv-995 (CFC (D. Del.). Yucaipa has also initiated an objection pursuant to Fed. R. Bankr. P. 9033 to the Bankruptcy Court's proposed findings of fact and conclusions of law in its summary judgment order and opinion. The Rule 9033 Objection has been transmitted for de novo review of those portions of the summary judgment opinion and order relating to the granting of summary judgment in favor of the Trustee on Lender Claim 2 (Breach of Contract). *See* 21-cv-1060 (CFC) (D. Del.).

The names of the parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTIES | COUNSEL |
|---|---|
| Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Fax: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>         dbertenthal@pszjlaw.com<br>         pkeane@pszjlaw.com<br><br>-and-<br><br>**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**<br>Patricia L. Glaser (*admitted pro hac vice*)<br>Gali Grant (*admitted pro hac vice*)<br>Matthew P. Bernstein (*admitted pro hac vice*)<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3000<br>Fax: (310) 556-2920<br>Email: pglaser@glaserweil.com<br>         ggrant@glaserweil.com<br>         mbernstein@glaserweil.com |
| Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors | **FOX ROTHSCHILD LLP**<br>By: */s/ Seth A. Niederman*<br>Seth A. Niederman (DE Bar No. 4588)<br>Citizens Bank Center<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801<br>Tel.: (302) 654-7444<br>Fax: (302) 656-8920<br>sniederman@foxrothschild.com<br><br>-and- |

DOCS_DE:238233.2 96991/001

**JOSEPH HAGE AARONSON LLC**
Gregory P. Joseph
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1200
gjoseph@jhany.com

-and-

**ZAIGER LLC**
Jeffrey H. Zaiger
Judd A. Lindenfeld
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Telephone: (917) 572-7701
jzaiger@zaigerllc.com

-and-

**COHEN AND GRESSER LLP**
Douglas J. Pepe
800 Third Avenue
New York, NY 10022
Telephone: (212) 957-7605
dpepe@cohengresser.com

5

| | |
|---|---|
| Dated: February 14, 2022 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Fax: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>         dbertenthal@pszjlaw.com<br>         pkeane@pszjlaw.com<br><br>-and-<br><br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br>Patricia L. Glaser (*admitted pro hac vice*)<br>Gali Grant (*admitted pro hac vice*)<br>Matthew P. Bernstein (*admitted pro hac vice*)<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3000<br>Fax: (310) 556-2920<br>Email: pglaser@glaserweil.com<br>         ggrant@glaserweil.com<br>         mbernstein@glaserweil.com<br><br>*Counsel for Yucaipa* |