## **<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, | Adv. Proc. No. 13-50530 **Related to D.I. 912** |
| Plaintiff, | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | |
| Defendants. | |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent, | Adv. Pro. No. 14-50971 (CSS) **Related to D.I. 647** |
| Plaintiff, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | |
| Defendants. | |

## <u>ORDER</u>

Upon consideration of the ASHINC Litigation Trustee's Motion in Limine to Exclude

Evidence that the Fourth Amendment was Entered into in Good Faith and for an Order

Clarifying the Scope of Trial [Adv. No. 13-50530, D.I. 912, Adv. No. 14-50971, D.I. 647] filed

January 10, 2022 (the "**Motion**"); the Court having reviewed the Motion, the opposition to the

Motion by Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel)

Fund I, L.P. [Adv. No. 13-50530, D.I. 918, Adv. No. 14-50971, D.I. 653], and the reply thereto

[Adv. No. 13-50530, D.I. 922, Adv. No. 14-50971, D.I. 657] and having held a hearing on the

Motion on February 8, 2022 (the "**Hearing**"), and the Court finding that (i) it has jurisdiction

over this matter pursuant to 28 U.S.C. § 1334, and (ii) notice of the Motion was sufficient under

the circumstances, it is hereby

ORDERED that the Motion is GRANTED for the reasons set forth on the record at the

Hearing.

**Dated: February 11th, 2022**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**