## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 14th day of February, 2022, I caused a copy of the following to be served upon on the parties on the attached service list in the manner indicated:

*Notice of Appeal*

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)

**Youngman et al v. Yucaipa American Alliance Fund I, L.P. et al**
**13-50530-CSS**
**Adv. Service List**
**07 - Email**

**EMAIL**
Catherine E. Youngman, Esq.
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960
cyoungman@foxrothschild.com
(Litigation Trustee)

**EMAIL**
David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035
david.l.buchbinder@usdoj.gov
(U.S. Trustee)

**EMAIL**
Seth A. Niederman, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1600
Wilmington, DE 19801
sniederman@foxrothschild.com
(Litigation Trustee)

**EMAIL**
Gila S. Singer, Esq.
Joseph Hage Aaronson LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
gsinger@jha.com
(Litigation Trustee)

**EMAIL**
Douglas J. Pepe
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
dpepe@cohengresser.com
(Litigation Trustee)

**EMAIL**
Jeffrey H. Zaiger, Esq.
Zaiger LLC
432 Park Avenue, Suite 19a
New York, NY 10022
jzaiger@zaigerllc.com
(Litigation Trustee)

**EMAIL**
Gregory P. Joseph
Joseph Hage Aaronson LLC
485 Lexington Avenue
30th Floor
New York, NY 10017
Email: gjoseph@jha.com
(Litigation Trustee)