# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-11564 (CSS) <br><br> (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, <br><br> Plaintiff, <br><br> BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., <br><br> Intervenors, <br><br> v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., <br><br> Defendants. | Adv. Proc. No. 13-50530 (CSS) |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                   Plaintiff,<br><br>                   v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                   Defendants. | Adv. Proc. No. 14-50971 (CSS) |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ARGUMENT, EVIDENCE, AND TESTIMONY THAT THE JCT DEAL WAS SUFFICIENTLY CERTAIN TO SUPPORT AN AWARD OF DAMAGES, AND REQUEST FOR JUDICIAL NOTICE**

Pursuant to Rule 702 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding under Rule 9017 of the Federal Rules of Bankruptcy Procedure, Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., (collectively "Yucaipa"), through their undersigned counsel, hereby move *in limine* (this "Motion") for an order to preclude Plaintiff from arguing or introducing any evidence or testimony at trial demonstrating that the JCT Deal was sufficiently certain to support an award of damages.

The reasons for the relief requested herein are set forth in the accompanying *Memorandum of Law in Support of Defendants' Motion to Exclude Argument, Evidence, and Testimony That the JCT Deal Was Sufficiently Certain to Support an Award of Damages, and Request for Judicial Notice* and the *Declaration of Laura Davis Jones in Support of Defendants'*

*Motion to Exclude Argument, Evidence, and Testimony That the JCT Deal Was Sufficiently Certain to Support an Award of Damages, and Request for Judicial Notice*, including the exhibits attached thereto, both of which are being filed concurrently herewith and are incorporated by reference.

In addition, pursuant to Federal Rule of Evidence 201, Yucaipa asks that the Court take judicial notice of the public court filings attached as Exhibits C, D, E, and F to the accompanying Jones Declaration in support of the Motion, which can accurately and readily be determined from sources whose accuracy cannot reasonably be questioned.

WHEREFORE, Yucaipa respectfully requests that the Court enter the proposed order, attached hereto as **Exhibit A**, granting the Motion and precluding Plaintiff from arguing or introducing any evidence or testimony at trial demonstrating that the JCT Deal was sufficiently certain to support an award of damages, and awarding such other and further relief as the Court deems proper.

| | |
|---|---|
| Dated: February 15, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | -and- |
| | |
| | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
| | Patricia L. Glaser (*admitted pro hac vice*) |
| | Gali Grant (*admitted pro hac vice*) |
| | Matthew P. Bernstein (*admitted pro hac vice*) |
| | 10250 Constellation Blvd., 19th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 553-3000 |
| | Fax: (310) 556-2920 |
| | Email: pglaser@glaserweil.com |
| | ggrant@glaserweil.com |
| | mbernstein@glaserweil.com |
| | |
| | *Counsel for Yucaipa* |