**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC CORPORATION, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, | |
| Plaintiff, | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | Adv. Proc. No. 13-50530 (CSS) |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | |
| Defendants. | |

CATHERINE E. YOUNGMAN, LITIGATION
TRUSTEE FOR ASHINC CORPORATION, ET
AL., AS SUCCESSOR TO BDCM
OPPORTUNITY FUND II, LP, BLACK
DIAMOND CLO 2005-1 LTD., SPECTRUM
INVESTMENT PARTNERS, L.P., BLACK
DIAMOND COMMERCIAL FINANCE, L.L.C.,
as co-administrative agent, and SPECTRUM
COMMERCIAL FINANCE LLC, as co-
administrative agent,

             Plaintiff,

      v.

YUCAIPA AMERICAN ALLIANCE FUND I,
L.P., and YUCAIPA AMERICAN ALLIANCE
(PARALLEL) FUND I, L.P.,

             Defendants.

Adv. Proc. No. 14-50971 (CSS)

## ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ARGUMENT, EVIDENCE, AND TESTIMONY THAT THE JCT DEAL WAS SUFFICIENTLY CERTAIN TO SUPPORT AN AWARD OF DAMAGES, AND REQUEST FOR JUDICIAL NOTICE

The Court, having considered *Defendants' Motion to Exclude Argument, Evidence, and Testimony That the JCT Deal Was Sufficiently Certain to Support an Award of Damages, and Request for Judicial Notice* with accompanying Memorandum of Law and Declaration of Laura Davis Jones, with exhibits attached thereto (collectively, "Motion"), and any responses filed, and having subject matter jurisdiction to determine the Motion in accordance with 28 U.S.C. § 1334, hereby **ORDERS** that the Motion is **GRANTED** as set forth below:

1.     The Plaintiff is precluded from arguing or introducing any evidence or testimony at trial demonstrating that the JCT Deal was sufficiently certain to support an award of damages.

2.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.