# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC CORPORATION, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, | |
| Plaintiff, | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | Adv. Proc. No. 13-50530 (CSS) |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | |
| Defendants. | |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>        Plaintiff,<br><br>  v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>        Defendants. | Adv. Proc. No. 14-50971 (CSS) |

**DECLARATION OF LAURA DAVIS JONES IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ARGUMENT, EVIDENCE, AND TESTIMONY THAT THE JCT DEAL WAS SUFFICIENTLY CERTAIN TO SUPPORT AN AWARD OF DAMAGES, AND REQUEST FOR JUDICIAL NOTICE**

Pursuant to 28 U.S.C. § 1746, I, Laura Davis Jones, Esq., declare under penalty of perjury as follows:

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), located at 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, and have been duly admitted to practice law in the State of Delaware, the United States District Court for the District of Delaware, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

2. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. If called as a witness, I would testify as to those facts.

3. I submit this Declaration in support of the *Defendants' Motion to Exclude Argument, Evidence, and Testimony That the JCT Deal Was Sufficiently Certain to Support an Award of Damages, and Request for Judicial Notice* (the "Motion")[1] filed by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., (collectively "Yucaipa").

4. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Witness Report of Jeffrey Risius.

5. Attached hereto as **Exhibit B** is a true and correct copy of the Rebuttal Expert Report of Jeffrey Risius.

6. Attached hereto as **Exhibit C** is a true and correct copy of the complaint filed by Yucaipa on May 8, 2015 in Case 1:15-cv-00373 (D. Del.) (the "RICO Complaint").

7. Attached hereto as **Exhibit D** is a true and correct copy of the BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd., and Spectrum Investment Partners, L.P. (collectively, "BD/S") motion to dismiss the RICO Complaint in Case 1:15-cv-00373 (D. Del.) (the "BD/S' Mot. To Dismiss the RICO Complaint").

8. Attached hereto as **Exhibit E** is a true and correct copy of BD/S reply in support of the BD/S' Mot. To Dismiss the RICO Complaint (the "BD/S Reply ISO Mot. To Dismiss the RICO Complaint").

9. Attached hereto as **Exhibit F** is a true and correct copy of the Delaware District Court's opinion dismissing Yucaipa's RICO Complaint (the "2016 Dismissal Ruling").

---

[1] Capitalized terms used and not otherwise defined herein have the meanings ascribed thereto in the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration on February 15, 2022 at Wilmington, Delaware.

By: */s/ Laura Davis Jones*
    Laura Davis Jones