

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No:  302.622.4238
Email: SNiederman@FoxRothschild.com

February 18, 2022

**BY ELECTRONIC MAIL AND ECF**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:     *In re:  ASHINC Corporation, et al.*, Case No. 12-11564 (CSS)
        *Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa*
        *American Alliance Fund I, L.P., et al.,* **Adv. Proc. No. 13-50530 (CSS) and** *BDCM*
        *Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.,*
        *Adv. Proc. No. 14-50971 (CSS)*

Dear Judge Sontchi:

        Together with Joseph Hage Aaronson LLC, Zaiger LLC, and Cohen & Gresser LLP, this firm represents Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"), in connection with the above-referenced Adversary Proceedings. Pursuant to the Order dated June 25, 2020, we respectfully submit this status report on behalf of the Trustee.  This status report supplements the earlier reports submitted to the Court by both the Trustee and the Unsecured Creditors' Committee, which are incorporated by reference herein.[1]

        Trial on the Trustee's remaining claims is scheduled to begin on March 1, 2022.  We understand that Your Honor is now holding the trial as a hybrid hearing (in person and Zoom). Given the parties' prior agreement to conduct the trial remotely, and because there are attorneys

---

[1]     Unless otherwise defined, all capitalized terms herein shall have the same meaning as in the prior status reports.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington

130939563.1



The Honorable Christopher S. Sontchi
United States Bankruptcy Court
February 18, 2022
Page 2

and witnesses that still have COVID concerns, counsel and witnesses for the Trustee will be appearing by Zoom.

Pursuant to the Amended Trial Scheduling Order entered on January 27, 2022 (the "Amended Trial Order"), the parties have exchanged drafts of proposed (1) witness lists; (2) exhibit lists; and (3) deposition designations, and objections thereto, as well as draft statements of uncontested facts, counter deposition designations, and the Trustee has prepared and provided a draft of the parties' Joint Pre-Trial Memorandum. The parties are cooperating to meet the remaining deadlines in the Amended Trial Order.

Yucaipa has filed two motions in *limine* (to exclude the reports and testimony of Jonathan H. Macey; and to exclude argument, evidence, and testimony that the JCT deal was sufficiently certain to support an award of damages) to which the Trustee will respond by February 23, if not sooner. The parties have also met and conferred over differing interpretations of Your Honor's Order granting the Trustee's motion in *limine* to exclude evidence that the Fourth Amendment was entered into in good faith, and for an order clarifying the scope of trial entered on February 11, 2022 (the "Order").[2] In light of those discussions, Yucaipa has agreed to provide revised deposition designations by February 21. The Trustee will review those revised designations to determine if the Court's attention is required regarding the parties' differing interpretations of the Order.

Briefing on Yucaipa's appeals from Your Honor's Order and Judgment on the parties' cross-motions for summary judgment (Civil Action Nos. 21-cv-994 and 21-cv-995) is currently stayed, by Order of Chief District Judge Conolly. On October 4, 2021, Yucaipa moved for withdrawal of the reference with respect to the above-referenced Adversary Proceedings. The motions have been transmitted to the District Court and remain pending before Chief Judge Connolly (Civil Action Nos. 1:21-cv-01649 and 1:21-cv-01650).[3] Yucaipa has noticed appeals (Civil Action Nos. 22-cv-197 and Civil Action Nos. 22-cv-198) from Your Honor's February 11, 2022, Order granting the Trustee's motion *in limine*. The parties are conferring on a stipulation staying briefing and other deadlines pending the upcoming trial.

In connection with her efforts to collect on the $132,431,957 Judgment entered against Yucaipa following summary judgment, the Trustee has filed Adv. Proc. No. 21-51179, asserting

---

[2]    13-50530, D.I. 935, 14-50971, D.I. 670.

[3]    Yucaipa's appeal of Adv. Proc. No. 12-50947, also pending before Chief Judge Conolly, remains stayed by court order and agreement of the parties pending the outcome of the above-referenced Adversary Proceedings. (Civil Action No. 1:18-cv-01467).



The Honorable Christopher S. Sontchi
United States Bankruptcy Court
February 18, 2022
Page 3

violations of the Uniform Fraudulent Transfer Act ("UFTA") and seeking a declaratory judgment against Yucaipa and its investors who received distributions from Yucaipa which are voidable as fraudulent transfers under the UFTA.  The deadline to respond to the complaint has been extended to March 1, 2022.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Seth A. Niederman*
Seth A. Niederman
DE Bar No. 4588

cc (*via email*):
Laura Davis Jones, Esq.
Patricia L. Glaser, Esq.
David L. Buchbinder, Esq.