

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323

Tel (302) 654-7444  Fax (302) 656-8920

www.foxrothschild.com

SETH A. NIEDERMAN
Direct No:  302.622.4238
Email: SNiederman@FoxRothschild.com

May 23, 2023

**BY ECF AND EMAIL**

The Honorable Mary F. Walrath
United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re: *ASHINC Corp., Case No. 12-11564*
*Catherine E. Youngman, , Litigation Trustee for ASHINC Corp., et al., as successor to BDCM Opportunity Fund II, LP. v. Yucaipa American Alliance Fund I, L.P., et al., Adv. Proc. No. 14-50971 (MFW)*

Dear Judge Walrath:

After many months of negotiating, the parties are in the final stages of documenting a global settlement agreement that will resolve all matters related to the above-refenced adversary proceeding.  We anticipate that the settlement agreement will be executed in the next two weeks.

We will keep the Court apprised of any developments and are available at the Court's convenience if it has any questions.

Respectfully submitted,

*/s/ Seth A. Niederman*
Seth A. Niederman
DE Bar No. 4588

cc (*via email*):
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
Patricia L. Glaser, Esq.

146105406.1